```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS
                                              05 CR 10001 WGY
UNITED STATES OF AMERICA        )     CRIMINAL NO.
                                )
                                )     VIOLATION:
v.                              )     18 U.S.C. § 922(g)(1)
                                )     Felon in Possession of
GREGORY WRIGHT                  )     Firearm and Ammunition
```

## INDICTMENT

<u>COUNT ONE</u>:   (18 U.S.C. § 922(g)(1) – Felon in Possession of Firearm and Ammunition)

The Grand Jury charges that:

On or about November 8, 2004, at Boston, in the District of Massachusetts,

GREGORY WRIGHT,

defendant herein, having previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit, a Phoenix Arms, Model HP22, .22 caliber semi-automatic pistol, serial number 4248698, and ammunition, to wit, six rounds of .22 caliber ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY


_____
NADINE PELLEGRINI
Assistant United States Attorney


DISTRICT OF MASSACHUSETTS						January 5, 2005

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk

JS 45 (5/97) - (Revised USAO M...

**Criminal Case Cover Sheet**                                      05 CR 10001 WGY                              Massachusetts

Place of Offense: _____  Category No. __II__   Investigating Agency __ATF__

City __Dorchester__              Related Case Information:

County __Suffolk__

Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Gregory Wright__     Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address __107 Oak Street, Randolph, MA 02368__

Birth date (Year only): __1979__  SSN (last 4 #): _____  Sex __M__  Race: __B__  Nationality: __USA__

Defense Counsel if known: _____  Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA __Nadine Pellegrini__     Bar Number if applicable _____

Interpreter:  ☐ Yes  ☒ No     List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  ☒ No

☒ Warrant Requested      ☐ Regular Process      ☐ In Custody

Location Status:

Arrest Date: __11/4/04__

☐ Already in Federal Custody as _____ in _____
☒ Already in State Custody _____  ☐ Serving Sentence  ☒ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:  ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:  ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 1/5/05       Signature of AUSA: _/s/ Nadine Pellegrini_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse    05 cr 10001 WGY

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant   Gregory Wright

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. 922(g)(1) | Felon in Possession | |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION: