# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of her deputies,

and to:  The Superintendent of the Suffolk County Jail
        Suffolk County Jail
        200 Nashua Street
        Boston, MA 02114

YOU ARE COMMANDED to have the body of   GREGORY WRIGHT   (DOB: 1979)   now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No. 14, on the   5th   floor, Boston, Massachusetts on   JANUARY 21, 2005  , at   11:00 AM   for the purpose of   Detention Hrg. / Preliminary Exam   in the case of UNITED STATES OF AMERICA V.   GREGORY WRIGHT   Docket Number   05-CR-10001-WGY  .

And you are to retain the body of said   GREGORY WRIGHT   while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said   GREGORY WRIGHT   to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid.  And have you then and there this Writ with your doings herein.

Dated this   13th   day of   January, 2005  

.

        TONY ANASTAS
        CLERK OF COURT

SEAL

By: /s/ Noreen A. Russo
    Noreen A. Russo, Deputy Clerk
    To the Honorable Robert B. Collings

(Habeas.Wright.2.wpd - 2/2000)