## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

**V.**                                                           **CRIMINAL**
                                                           **NO. 05-10001  -WGY**

**GREGORY WRIGHT**

### INITIAL SCHEDULING ORDER

 **YOUNG,C.J.**

The above named defendant(s) having been arraigned on  1/13/05

before  COLLINGS, USMJ   , and having elected to proceed under the automatic discovery rules, IT IS

HEREBY ORDERED in accordance with Local Rules (LR) 116.1 through 116.5 that:

A.      The government shall provide automatic discovery by   2/10/05  See  L.R116.1(C).

B.      The defendant shall provide automatic discovery by   2/10/05   .  See LR 116.1(D).

C.      Any discovery request letters shall be sent and filed by  2/24/05 . See LR 116.3 (A) and (H).

D.      Any responses to discovery request letters shall be sent and filed by  3/10/05 . See LR 116.3(A).

E.      An initial status conference in accordance with LR 116.5 will be held on   2/24/095   at   2:00      p.m. in Courtroom No.   18      on the  5      floor.

By the Court,

1/18/05                                                     /s/ Elizabeth Smith
_____                    _____
            Date                                                     Deputy Clerk

(Crinsch1.wp - 11/24/98)