UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 05-10001-WGY |
| ) | |
| GREGORY WRIGHT ) | |

## WAIVER

I, GREGORY WRIGHT, fully understand that upon an indictment being filed against me on 1/5/05, in the above-styled case in Federal Court, a Federal Detainer has been placed against me at the South Bay - Suffolk County Home of Correct and said Detainer will remain on file at that institution. I also fully understand that I am now a sentenced prisoner, serving a prison sentence imposed upon me by a state court in Massachusetts.

I understand that in these circumstances, I have certain rights under the Interstate Agreement on Detainers with respect to the Federal Court securing my presence for proceedings on the above-styled Federal indictment and any successor indictment or information.

I have discussed this matter fully with my attorney, and after having such discussion, I hereby voluntarily waive any rights I might have under the Interstate Agreement on Detainers with respect to any proceedings on Indictment 05-10001-WGY (and any successor indictment or information), and I further voluntarily consent to the Federal Court issuing Writs of Habeas Corpus Ad Prosequendum whenever my presence is needed in Federal Court, and voluntarily

1/13/05
Noreen Russ

consent to be returned to state custody after each proceeding at which my presence was achieved through a Federal Writ of Habeas Corpus Ad Prosequendum.

_\* *Gregory Wright*_
GREGORY WRIGHT

_*[signature]*_
Signature of Witness

_Charles W. Rankin_
Typed or Printed Name of Witness

Date signed: January 13, 2005

Place signed: Boston, MA