# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

      v.                    CRIMINAL NO. 2005-10001-WGY

GREGORY WRIGHT,
        Defendant.

## *MEMORANDUM AND ORDER*

COLLINGS, U.S.M.J.

The defendant appeared on January 13, 2005 for arraignment. Accordingly, the case shall proceed pursuant to the amendments to the Local Rules which became effective December 1, 1998. Further, unless counsel for the defendant files a Waiver of Request for Disclosure within fourteen (14) days, the twenty-eight (28) day period specified in Local Rule 116.1(C) and (D) (eff. 12/1/98) and the forty-two (42) day period specified in Local Rule 116.3(A) (eff. 12/1/98) shall commence to run on January 13, 2005.

                          /s/ *Robert B. Collings*
                          ROBERT B. COLLINGS
                          United States Magistrate Judge

Date: January 13, 2005.

DOCKETED

