# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of her deputies,

and to:  The Superintendent of the Suffolk County Jail
Suffolk County Jail
200 Nashua Street
Boston, MA 02114

YOU ARE COMMANDED to have the body of __GREGORY WRIGHT    (DOB: 1979)__ now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No. __14__, on the __5th__ floor, Boston, Massachusetts on __FEBRUARY 4, 2005__, at __11:00 AM__ for the purpose of __DETENTION HRG__ in the case of UNITED STATES OF AMERICA V. __GREGORY WRIGHT__ Docket Number __05-CR-10001-WGY__

And you are to retain the body of said __GREGORY WRIGHT__ while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said __GREGORY WRIGHT__ to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid.  And have you then and there this Writ with your doings herein.

Dated this __27th__ day of __January, 2005__.

SEAL

TONY ANASTAS
CLERK OF COURT

By: /s/ *Noreen A. Russo*
Noreen A. Russo, Deputy Clerk
To the Honorable Robert B. Collings

(Habeas.Wright.3.wpd - 2/2000)