UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                                               **Criminal Action**
                                                                               **No: 05-10001-WGY**

**UNITED STATES**
**Plaintiff**

v.

**GREGORY WRIGHT**
**Defendant**

**SCHEDULING ORDER**

**YOUNG, C.J.**

    An initial status conference in accordance with LR 116.5 was held on 2/17/05

    Any substantive motions are to be filed by  .    4/4/05   See LR 116.3(E) and (H).

    Response to any motion is to be filed on or before    4/19/05    See LR 116.3(l).

    A Final Pretrial Conference will be held on   4/11/05 @ 2:00 PM

    A joint memorandum in accordance with LR 116.5(C) is to be filed by 4/11/05

    A tentative trial date has been set for   5/16/05 @ 9AM

    The time between   2/17/05   and   5/16/05     is excluded in the interest of justice.

                                                                             **By the Court,**

                                                                              **/s/ Elizabeth Smith**

                                                                              **Deputy Clerk**

Feb. 18, 2005
To: All Counsel