UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Criminal No. 04-10001-WGY

UNITED STATES

v.

GREGORY WRIGHT

**MOTION TO SUPPRESS EVIDENCE
OBTAINED FROM WARRANTLESS SEARCH**

Gregory Wright, defendant in the above-captioned criminal case, hereby moves pursuant to the Fourth Amendment to the United States Constitution and Rules 12, 41, and 47, Fed. R. Crim. P., to suppress as evidence against him any and all items seized during a warrantless search of his person on November 8, 2004, in Dorchester, Massachusetts, including, but not limited to, a .22 caliber firearm and .22 caliber ammunition. The defendant further moves to suppress any "fruits" of the warrantless search, including, but not limited to, any statements allegedly made by him to law enforcement agents. *See Brown v. Illinois*, 422 U.S. 590 (1975). As grounds for this motion, the defendant avers that the items were seized in the absence of a search warrant, in violation of his rights under the Fourth Amendment to the United States Constitution.

The defendant requests an evidentiary hearing on this motion.

        Respectfully submitted,
        **GREGORY WRIGHT**
        By his attorney,

        /s/ Charles W. Rankin
        Charles W. Rankin, BBO No. 411780
        Rankin & Sultan
        One Commercial Wharf North
        Boston, MA 02110
        617-720-0011

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the United States by mailing a copy to AUSA Nadine Pellegrini, United States Attorney's Office, One Courthouse Way, Suite 9200, Boston, MA 02210, on April 4th, 2005.

        /s/ Michelle Menken
        Michelle Menken, BBO No. 644537