UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Criminal No. 04-10001-WGY

UNITED STATES

v.

GREGORY WRIGHT

**AFFIDAVIT OF GREGORY WRIGHT
IN SUPPORT OF MOTION TO SUPPRESS EVIDENCE
OBTAINED FROM WARRANTLESS SEARCH**

I, Gregory Wright, do hereby state and depose as follows:

1. I am the defendant in the above-captioned criminal case.

2. On November 8, 2004, I was outside of 1222 Blue Hill Avenue in Dorchester, Massachusetts.

3. Men who I later learned were police officers searched me.

4. I did not consent to the search.

5. I was not shown a search warrant or an arrest warrant.

6. I did not make any voluntary statements to those officers.

7. I later learned that the police claimed to have seized a Phoenix Arms .22 caliber firearm and six live rounds of .22 caliber ammunition during the search of my person.

Signed under the pains and penalties of perjury on this date: 3-30-05 .

*Gregory Wright*
Gregory Wright