# RANKIN & SULTAN

ATTORNEYS AT LAW

CHARLES W. RANKIN
JAMES L. SULTAN
CATHERINE J. HINTON

MICHELLE MENKEN
JONATHAN HARWELL
  MEMBER OF TENNESSEE BAR ONLY

ONE COMMERCIAL WHARF NORTH
BOSTON, MASSACHUSETTS 02110
(617) 720-0011

FAX (617) 742-0701
EMAIL OFFICE@RANKIN-SULTAN.COM

April 4, 2005

Nadine Pellegrini
Assistant U.S. Attorney
United States Attorney's Office
One Courthouse Way
Suite 9200
Boston, MA 02210

Re:   *United States v. Gregory Wright*, 04-10001-WGY

Dear Ms. Pellegrini:

Pursuant to Fed. R. Crim. P. 16 and Rule 116.3 of the Local Rules of the United States District Court for the District of Massachusetts, I am writing to request the following items of discovery:

> Tape cassette recordings and any other memorialization of the radio communications between the law enforcement agents listed below on November 8, 2004, pertaining to their observations of a black, 2002, Oldsmobile Alero Sedan, MA Reg. 4812WP and/or its occupants, up to and including the moment of the arrest of defendant Gregory Wright, and following the arrest.
>
> > Boston Police Officer Gregory Brown (VK04);
> > Boston Police Officer Craig Jones (VK04);
> > Massachusetts State Police Trooper Derek Outerbridge (VK04);
> >
> > Boston Police Officer Vance Mills (VK09);
> > Boston Police Officer Mark Bordley (VK09);
> > Massachusetts State Police Trooper Arthur Somerville (VK09);

AUSA Nadine Pellegrini
March 29, 2005
Page 2

        Boston Police Officer Mark Friere (VK02);
        Boston Police Officer John Brown (VK02);
        Boston Police Officer Tom Foley (VK02);

        Boston Police Officer Lawrence Celester (VK08);
        Massachusetts State Police Trooper Steve Lopes (VK08); and
        Boston Police Officer Trooper Michael Raye (VK08);

Thank you in advance for your attention to this matter.

                              Sincerely yours,

                              Charles W. Rankin

CWR:mm

cc:    Clerk Tony Anastas,
       United States District Court for the District of Massachusetts