AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

GREGORY WRIGHT

**WARRANT FOR ARREST**

CASE NUMBER: 05 CR 10001 WGY

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____GREGORY WRIGHT_____
Name

and bring him forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him with (brief description of offense)

Felon in Possession of Firearm and Ammunition

in violation of Title __18__ United States Code, Section(s) __922(g)(1)__

Catherine M. Gaulik                    Supervisor
Name of Issuing Officer                 Title of Issuing Officer

_(signature)_                           1-5-05
Signature of Issuing Officer            Date and Location

RECEIVED
2005 JAN -5  P 4: 31
U.S. MARSHAL SERVICE
BOSTON, MA

Bail fixed at $ _____ by _____
                                 Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| | WARRANT EXECUTED BY | |
| DATE OF ARREST | BY ARREST / ARRAIGNMENT OF THE DEFENDANT ON  1/13/05 | |

This form was electronically produced by Elite Federal Forms, Inc.