IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 05-10001-WGY |
| GREGORY WRIGHT | : | |

### GOVERNMENT'S PROPOSED WITNESS LIST

The United States of America, by its attorneys, United States Attorney Michael J. Sullivan, Assistant United States Attorney Nadine Pellegrini, and Special Assistant United States Attorney S. Waqar Hasib, hereby submits this Proposed Witness List in the above-captioned action. The government reserves the right to supplement, modify, or withdraw from this list.

1. Special Agent Phillip Ball, Bureau of Alcohol, Tobacco and Firearms, Boston, MA

2. Officer Mark Bordley, Boston Police Department, Roxbury, MA

3. Officer Gregory Brown, Boston Police Department, Roxbury, MA

4. Firearms Examiner Tyrone Camper, Boston Police Department, Boston, MA

5. Officer Lawrence Celester, Boston Police Department, Roxbury, MA

6. Officer Tom Foley, Boston Police Department, Roxbury, MA

7.  Officer Mark Friere, Boston Police Department, Roxbury, MA

8.  Special Agent Lisa Rudnicki, Bureau of Alcohol Tobacco and Firearms, Boston, MA

                            Respectfully submitted,

                            MICHAEL J. SULLIVAN
                            United States Attorney

                      By: /s/Nadine Pellegrini
                            NADINE PELLEGRINI
                            Assistant U.S. Attorney

### CERTIFICATE OF SERVICE

Suffolk, S.S.                          Boston, Massachusetts
                                         May 9, 2005

    I, Nadine Pellegrini, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing upon Charles Rankin, Esq., by electronic filing.

                                    /s/Nadine Pellegrini
                                    NADINE PELLEGRINI
                                    Assistant U.S. Attorney