IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 05-10001-WGY |
| GREGORY WRIGHT | : | |

**GOVERNMENT'S PROPOSED EXHBIIT LIST**

The United States of America, by its attorneys, United States Attorney Michael J. Sullivan, Assistant United States Attorney Nadine Pellegrini, and Special Assistant United States Attorney S. Waqar Hasib, hereby submits this Proposed Exhibit List in the above-captioned action.  The government reserves the right to supplement, modify, or withdraw from this list.

                                          Respectfully submitted,

                                          MICHAEL J. SULLIVAN
                                          United States Attorney

                            By:   /s/Nadine Pellegrini
                                          NADINE PELLEGRINI
                                          Assistant U.S. Attorney

<u>CERTIFICATE OF SERVICE</u>

Suffolk, S.S.                                    Boston, Massachusetts
                                                 May 9, 2005

    I, Nadine Pellegrini, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing upon Charles Rankin, Esq., by electronic filing.

                                    <u>/s/Nadine Pellegrini</u>
                                    NADINE PELLEGRINI
                                    Assistant U.S. Attorney

**GOVERNMENT'S PROPOSED EXHIBIT LIST**

1. Phoenix Arms .22 caliber pistol, serial number 4248698

2. Six .22 caliber loose rounds of ammunition.