UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Criminal No. 05-10001-WGY

UNITED STATES

v.

GREGORY WRIGHT

**MOTION TO CONTINUE HEARING ON MOTION
TO SUPPRESS**

    The defendant Gregory Wright, by his counsel, moves to continue the hearing scheduled for May 11, 2005, on the defendant's motion to suppress. In support of this motion, counsel states that counsel is ill and is unable to attend the suppression hearing. On Monday, May 9 at noon, counsel felt ill and went home. Counsel has suffered from a fever and nausea since that time. Counsel is not at work today, and does not feel confident that he will be well enough to litigate the suppression hearing tomorrow. Counsel suggests that the hearing be rescheduled for Monday, May 16 at 9 a.m.

          Respectfully submitted,
          **GREGORY WRIGHT**
          By his attorney,


/s/
_____
Charles W. Rankin
BBO No. 411780
Rankin & Sultan
One Commercial Wharf North
Boston, MA 02110
617-720-0011