UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

---

Criminal No. 05-10001-WGY

---

UNITED STATES

v.

GREGORY WRIGHT

---

**AFFIDAVIT OF COUNSEL IN SUPPORT OF
MOTION TO CONTINUE HEARING ON MOTION
TO SUPPRESS**

---

Being duly sworn, Charles W. Rankin states:

1. I have been appointed to represent the defendant Gregory Wright. The case is scheduled for a hearing on the defendant's motion to suppress on May 11.

2. On Monday, May 9, I felt ill at noon and went home. I had a fever of 101.7. I have stayed home since noon yesterday. Today I have a fever that has ranged between 101 and 102. I also feel nauseous. I do not believe that I will be well enough to conduct the suppression hearing tomorrow.

Signed under the penalty of perjury on May 10, 2005.

/s/

_____
Charles W. Rankin