UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

---

CRIMINAL NO. 05-10001-WGY

---

UNITED STATES

v.

GREGORY R. WRIGHT

---

**ORDER**

---

This Court, Chief Judge William G. Young presiding, hereby orders the Keeper of the Records for the Boston Police Department, One Schroeder Plaza, Boston, MA 02120, to compile the documents listed below and to deliver them to the John Joseph Moakley United States Courthouse, One Courthouse Way, Boston, MA 02210, Courtroom 18, Fifth Floor, on or before **June 10, 2005, at 2:00 p.m.**:

> Records of any and all Mobile Data Terminal (MDT) activity relative to the arrest of Gregory Wright on 11/08/04 (cc no. 040608531), including, but not limited to, printouts of pertinent MDT activity in the following units between the hours of 19:00 and 21:00 (7:00 to 9:00 p.m.) On 11/08/04: the VK04; VK09; VK02; and VK08. The suspect vehicle was a 2002 Oldsmobile Alero, MA registration 4812WP. The individual suspects were: Gregory Wright, d.o.b. 3/28/1979; David Foy (vehicle operator); and Omar Edwards, d.o.b. 10/28/1978.

Dated: _____    Signed:_____
                                   William G. Young, Chief Judge
                                   United States District Court