```
             UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA    )
                            )
        v.                  )   CRIMINAL NO.: 05-10001-WGY
                            )
GREGORY WRIGHT,             )
                            )
Defendant.                  )
                            )
```

**NOTICE OF APPEARANCE OF S. WAQAR HASIB**

Please enter and add the appearance of Special Assistant U.S. Attorney S. Waqar Hasib for the United States of America in the above-captioned matter.

```
                         Respectfully submitted,

                         MICHAEL J. SULLIVAN
                         United States Attorney


                   By:   /s/ S. Waqar Hasib
                         S. WAQAR HASIB
                         Special Assistant U.S. Attorney
                         1 Courthouse Way, Suite 9200
                         Boston, MA 02210
                         (617) 748-3674
Dated: June 10, 2005     waqar.hasib@usdoj.gov
```

CERTIFICATE OF SERVICE

Suffolk, ss.                                    Boston, Massachusetts
                                                June 10, 2005

    I, S. Waqar Hasib, Special Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing on defendant's attorney, Charles Rankin, of One Commercial Wharf, Boston, MA 02110, by mail and electronic filing.

                                            /s/ S. Waqar Hasib
                                            S. WAQAR HASIB
                                            Special Assistant U.S. Attorney