```
 1                UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF MASSACHUSETTS
 2
                                            Criminal No.
 3                                          05-10001-WGY

 4
       * * * * * * * * * * * * * * * *
 5                                    *
       UNITED STATES OF AMERICA       *
 6                                    *   MOTION TO SUPPRESS
       v.                             *        (Volume 1)
 7                                    *
       GREGORY WRIGHT                 *
 8                                    *
       * * * * * * * * * * * * * * * *
 9

10
                BEFORE:  The Honorable William G. Young,
11                              District Judge

12

13

14

15     APPEARANCES:

16           NADINE PELLEGRINI and S. WAQAR HASIB,
       Assistant United States Attorneys, 1 Courthouse
17     Way, Suite 9200, Boston, Massachusetts 02210, on
       behalf of the Government
18
             RANKIN & SULTAN (By Charles W. Rankin,
19     Esq.), 1 Commercial Wharf North, Boston,
       Massachusetts 02110, on behalf of the Defendant
20

21

22

23

24                                       1 Courthouse Way
                                         Boston, Massachusetts
25
                                         June 10, 2005
```

```
 1                      I N D E X

 2
     WITNESS:            DIRECT   CROSS   REDIRECT   RECROSS
 3

 4   GREGORY BROWN

 5      By Ms. Pellegrini   11

 6      By Mr. Rankin                24

 7   LAWRENCE CELESTER

 8      By Mr. Hasib        68

 9      By Mr. Rankin                76

10
                                           FOR       IN
11      EXHIBITS:                          I.D.      EVID.

12

13   A     Photograph . . . . . . . . . . . . . . . . 28

14   B     Photograph . . . . . . . . . . . . . . . . 30

15   C     Photograph . . . . . . . . . . . . . . . . 31

16   D     Aerial Photograph  . . . . . . . . . . . . 35

17   E     Photograph . . . . . . . . . . . . . . . . 51

18

19

20

21

22

23

24

25
```