UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 05-10001-WGY

UNITED STATES

v.

GREGORY R. WRIGHT

**DEFENDANT'S MOTION FOR COURT ORDER
RELATIVE TO SUBPOENAS**

Defendant Gregory R. Wright hereby moves this Court for an Order that may be served with subpoenas, directing persons subpoenaed in the above-captioned criminal matter that subpoenas are enforceable as an Order of the Court. The defendant intends to serve one or more subpoenas, and expects that the proposed Order will be required to overcome any initial resistance to the subpoena. The defendant respectfully submits herewith a proposed Order for the Court's signature.

Respectfully submitted,
**GREGORY R. WRIGHT**
By his attorney,

/s/
_____
Charles W. Rankin, BBO #411780
Rankin & Sultan
One Commercial Wharf North
Boston, MA 02110
(617) 720-0011

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 05-10001-WGY

UNITED STATES

v.

GREGORY R. WRIGHT

**ORDER**

It is hereby ordered that any subpoena issued by a party to the above-captioned case, or by a person lawfully representing a party in this matter, is enforceable as an Order of this Court. The recipient is ordered to comply with the subpoena. If the recipient believes that there is a lawful basis to resist complying with the subpoena, the recipient shall, in advance of the date set forth in the subpoena, file a motion to quash with the Clerk of this Court, accompanied by a memorandum and affidavit. Copies of any such motion, memorandum, and affidavit shall be served on counsel for the parties.

Dated: _____    Signed:_____
William G. Young, Chief Judge
United States District Court