UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 05-10001-WGY

UNITED STATES

v.

GREGORY R. WRIGHT

**ORDER**

It is hereby ordered that any subpoena issued by a party to the above-captioned case, or by a person lawfully representing a party in this matter, is enforceable as an Order of this Court. The recipient is ordered to comply with the subpoena. If the recipient believes that there is a lawful basis to resist complying with the subpoena, the recipient shall, in advance of the date set forth in the subpoena, file a motion to quash with the Clerk of this Court, accompanied by a memorandum and affidavit. Copies of any such motion, memorandum, and affidavit shall be served on counsel for the parties.

Dated: July 15, 2005            Signed: [signature]
                                William G. Young, Chief Judge
                                United States District Court