UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 05-10001-WGY

_____

UNITED STATES

v.

GREGORY R. WRIGHT

_____

**DEFENDANT GREGORY R. WRIGHT'S MOTION FOR LEAVE TO OBTAIN
TRANSCRIPT OF DAY TWO OF SUPPRESSION HEARING**

Pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A(e), the defendant Gregory R. Wright, by his attorney, hereby moves the Court for leave to obtain a transcript of the proceedings at the suppression hearing before Chief Judge William G. Young on July 18, 2005. In support of this motion, the defendant states that a transcript of the testimony given at that hearing will be helpful in the preparation and efficient conduct of the continuation of the hearing on July 27, 2005.

The defendant is indigent and counsel has been appointed to represent him.

Respectfully submitted,
**GREGORY R. WRIGHT**
By his attorney,

/s/

_____
Charles W. Rankin, BBO #411780
Rankin & Sultan
One Commercial Wharf North
Boston, MA 02110
(617) 720-0011

July 19, 2005