```
 1                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MASSACHUSETTS
 2
                                           Criminal No.
 3                                         05-10001-WGY

 4
     * * * * * * * * * * * * * * * *
 5                                  *
     UNITED STATES OF AMERICA       *
 6                                  *   MOTION TO SUPPRESS
     v.                             *        (Volume 2)
 7                                  *
     GREGORY WRIGHT                 *
 8                                  *
     * * * * * * * * * * * * * * * *
 9

10
              BEFORE:  The Honorable William G. Young,
11                          District Judge

12

13

14

15   APPEARANCES:

16          NADINE PELLEGRINI and S. WAQAR HASIB,
       Assistant United States Attorneys, 1 Courthouse
17     Way, Suite 9200, Boston, Massachusetts 02210, on
       behalf of the Government
18
            RANKIN & SULTAN (By Charles W. Rankin, Esq.
19     and Michelle Menken, Esq.), 1 Commercial Wharf
       North, Boston, Massachusetts 02110, on behalf of
20     the Defendant

21

22

23

24                                     1 Courthouse Way
                                       Boston, Massachusetts
25
                                       July 18, 2005
```