UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

---

CRIMINAL NO. 05-10001-WGY

---

UNITED STATES

v.

GREGORY R. WRIGHT

---

**FURTHER AFFIDAVIT OF CHARLES W. RANKIN**

Being duly sworn, Charles W. Rankin states:

1.    I submit this further affidavit on the question of whether the area of 1222 Blue Hill Avenue, Boston, could legitimately be considered a high crime area as of the date of this incident on November 8, 2004.

2.    At the hearing on July 18, 2005, Officer Mark Bordley testified that members of the Youth Violence Strike Force attended bi-weekly meetings in October and November 2004 and reviewed maps and other reports that identified recent crimes and hot spots.   During the course of the hearing, the government agreed to obtain the two reports that preceded the November 8 encounter with the defendant.   On July 20, 2005, I received an affidavit of ATF agent Rudnicki regarding the availability of those reports, along with the two most recent reports.   The Rudnicki affidavit and the reports are attached to this affidavit as Exhibit 1. I have reviewed those reports, from August 2004.   Each report identifies "hot spots," which is consistent with Officer Bordley's testimony.   Neither report supports the conclusion that

the area around 1222 Blue Hill Avenue was a high crime area.

3.      For the period of August 4 to August 16, the closest hot spot is described as the Blue Hill/Columbia Area, depicted on page 11 of Exhibit 1.  That location, in the vicinity of 600 Blue Hill Avenue, is 1.5 miles away from 1222 Blue Hill Avenue, according to Goggle maps.  See Exhibit 2.

4.      For the period of August 17 to August 30, the closest hot spot is described as Geneva/Normandy/BHA Area, depicted on page 25 of Exhibit 1.  That location, in the vicinity of 400 Blue Hill Avenue, is 2.1 miles away from 1222 Blue Hill Avenue, according to Goggle maps.  See Exhibit 3.

Signed under the penalty of perjury on July 27, 2005.

/s/

_____

Charles W. Rankin

# ATTACHMENT   A

EXHIBIT 1 TO RANKIN AFFIDAVIT



**BostonPolice**

DEPARTMENT

*Office of Research and Evaluation*

# Armed Violent Crime

*Year-to-date,*
*August 4th – August 16th*

*Gang Meeting*
*8-17-04*

002

# Year-to-date Violent Crime Stats
## January 1 – August 16, 2003 v. 2004

| Crime Category | January – August 16, 2003 vs. 2004 | | |
|---|---|---|---|
| | 2003 | 2004 | % Chg. |
| Homicide | 26 | 45 | 73% |
| Robbery & Attempted | 1,689 | 1,459 | -14% |
| Aggravated Assault | 2,541 | 2,486 | -2% |
| **Total** | **4,256** | **3,990** | **-6%** |

### Incidents Involving a Firearm

| Crime Category | January – August 16, 2003 vs. 2004 | | |
|---|---|---|---|
| | 2003 | 2004 | % Chg. |
| Homicide | 14 | 34 | 143% |
| Robbery & Attempted | 485 | 292 | -40% |
| Aggravated Assault | 279 | 195 | -30% |
| **Total** | **778** | **521** | **-33%** |

# Year-to-Date Shootings 2003 vs. 2004

## All Cases

### January 1st - August 9th

| Crime Category | 2003 | 2004 | # chg. | % chg. |
|---|---|---|---|---|
| Homicides with a Gun | 13 | 33 | 20 | 154% |
| Non-Fatal Shootings | 85 | 136 | 51 | 60% |
| All Shootings | 98 | 169 | 71 | 72% |
| Total Victims | 98 | 169 | 71 | 72% |



004





**Boston Police**
*DEPARTMENT*

*Office of Research and Evaluation*

# Armed Violent Crime

# August 4th – August 16th



005

# Armed Incidents:
## August 4th – August 16th

## 103 Total Armed Incidents

### 5 Homicides
-All with a firearm

### 45 Robberies
53% with a firearm, 27% with a knife, 20% with other

### 53 Assaults*
36% with a knife, 34% with other, 30% with a firearm

*Non-Domestic Assaults





# Armed Incidents Over the Past 6 Weeks

## Past Two Weeks

### 8/4 - 8/16
103 Incidents
5 Homicides
45 Robberies
53 Assaults

## 3-4 Weeks Ago

### 7/21 - 8/3
162 Incidents
4 Homicides
58 Robberies
100 Assaults

## 5-6 Weeks Ago

### 7/7 - 7/20
125 Incidents
5 Homicides
45 Robberies
75 Assaults

*Non-Domestic Assaults



007

# Armed Violent Crime
## August 4th – August 16th, 2004





| District | # of Incidents |
|----------|----------------|
| B2 | 19 |
| C11 | 17 |
| A1/A15 | 14 |
| D4 | 12 |
| B3 | 12 |
| A7 | 10 |
| E13 | 8 |
| E18 | 3 |
| D14 | 3 |
| C6 | 3 |
| E5 | 2 |
| Total | 103 |



*Armed Violent Crime HotSpots*
*August 4th – August 16th, 2004*

Tremont &
Stuart St Area

Blue Hill/ Columbia
Area

009



*Armed Incidents:*
*August 4th – August 16th*
*Tremont/Stuart Street Area*
*D-4 / A-1*

**2 Robberies**
**6 Assaults**
**4 Arrests**
- **One Robbery**
- **Three Assault**

010



*Armed Incidents:*
*August 4th – August 16th*
*Blue Hill/Columbia Area*
*B-2 / B-3*

**5 Assaults:    1 Arrest**

-2 with Firearm
-1 Non-Fatal Shootings
   - 8/4  Jaime Owens
   - 8/9  Frantz Smith

011





**BostonPolice** DEPARTMENT

*Office of Research and Evaluation*

*Questions??*



012

ATTACHMENT    B



**Boston Police**
DEPARTMENT
*Office of Research and Evaluation*

# *Armed Violent Crime*

## *August 17th – August 30th, 2004*

*Gang Intelligence Meeting*

*8-31-04*



**014**

# Year-to-date Violent Crime Stats
## January 1 – August 30, 2003 v. 2004

| Crime Category | January - August 30, 2003 vs. 2004 | | |
| --- | --- | --- | --- |
| | 2003 | 2004 | % Chg. |
| Homicide | 28 | 43 | 54% |
| Robbery & Attempted | 1,801 | 1,554 | -14% |
| Aggravated Assault (Non-Dom.) | 1,903 | 1,836 | -4% |
| **Total** | **3,732** | **3,433** | **-8%** |

### Incidents Involving a Firearm

| Crime Category | January - August 30, 2003 vs. 2004 | | |
| --- | --- | --- | --- |
| | 2003 | 2004 | % Chg. |
| Homicide | 15 | 35 | 133% |
| Robbery & Attempted | 511 | 438 | -14% |
| Aggravated Assault (Non-Dom.) | 273 | 315 | 15% |
| **Total** | **799** | **788** | **-1%** |

# Year-to-Date Shootings 2003 vs. 2004

## All Cases

### January 1st - August 30th

| Crime Category | 2003 | 2004 | # chg. | % chg. |
|---|---|---|---|---|
| Homicides with a Gun | 15 | 35 | 20 | 133% |
| Non-Fatal Shootings | 102 | 146 | 44 | 43% |
| All Shootings | 117 | 181 | 64 | 55% |



016

| 2004 Shootings by 2 week period | |
| --- | --- |
| **8/11 – 8/24/04** | **6** |
| 7/28 – 8/10/04 | 20 |
| 7/14 – 7/27/04 | 17 |
| 6/30 – 7/13/04 | 17 |
| 6/16 – 6/29/04 | 16 |
| 6/2 – 6/15/04 | 14 |
| 5/19 – 6/1/04 | 6 |
| 5/6 – 5/18/04 | 7 |
| 4/21 – 5/5/04 | 16 |
| 4/7 – 4/20/04 | 6 |
| 3/24 – 4/6/04 | 8 |
| 3/10 – 3/23/04 | 3 |
| 2/25 – 3/9/04 | 2 |
| 2/11 – 2/24/04 | 10 |
| 1/28 – 2/10/04 | 7 |
| 1/14 – 1/27/04 | 2 |
| 1/1 – 1/13/04 | 9 |

**Operation Neighborhood Shield 8/7/04**

**(8/25 – 8/30) – 6 days:**

5 Shootings (including one homicide)

B3: 3

B2: 1

A7: 1

017





Boston Police
DEPARTMENT
Office of Research and Evaluation

# Armed Violent Crime

## August 17th – August 30th



018

# Armed Incidents:
## August 17th – August 30th

# 119 Total Armed Incidents

## 1 Homicide

## 46 Robberies
52% with a firearm, 28% with a knife, 20% with other

## 72 Assaults*
33% with a knife, 40% with other, 26% with a firearm

*Non-Domestic Assaults





019



# Armed Incidents
# Over the Past 6 Weeks

## Past Two Weeks

**8/17 - 8/30**
119 Incidents
1 Homicide
46 Robberies
72 Assaults

## 3-4 Weeks Ago

**8/4 - 8/16**
103 Incidents
5 Homicides
45 Robberies
53 Assaults

## 5-6 Weeks Ago

**7/21 - 8/3**
162 Incidents
4 Homicides
58 Robberies
100 Assaults

*Non-Domestic Assaults

020

## Armed Violent Crime
### August 17th – August 30th, 2004





| District | Homicide | Robbery | Assaults* | Total |
|---|---|---|---|---|
| B2 | 1 | 11 | 18 | 30 |
| D4 | 0 | 8 | 9 | 17 |
| B3 | 0 | 3 | 11 | 14 |
| A1 | 0 | 5 | 8 | 13 |
| C11 | 0 | 5 | 6 | 11 |
| A7 | 0 | 2 | 6 | 8 |
| C6 | 0 | 3 | 3 | 6 |
| D14 | 0 | 3 | 3 | 6 |
| E18 | 0 | 3 | 3 | 6 |
| A15 | 0 | 2 | 3 | 5 |
| E13 | 0 | 1 | 2 | 3 |
| Total | 1 | 46 | 72 | 119 |

*Non-Domestic Assaults Only

25% of the incidents occurred in B2

14% occurred in D4

12% in B3

# Armed Violent Crime Hot Spots
## August 17th – August 30th, 2004



D4: Lenox/Mass. Ave/Tremont Area

6 Aggravated Assaults and 1 Armed Robbery

B2: Roxbury/Shawmut/Wash. Area

6 Aggravated Assaults and 1 Homicide

B2: Geneva/Normandy/BHA Area

4 Armed robberies (Including One Car-jacking) and 3 Assaults

0.22



D4: Lenox/Mass. Ave/Tremont Area

023

B2: Roxbury/Shawmut/Wash. Area

Knife

WASHINGTON

HARRISON

Firearm

Knife

ZEIGLER

DUDLEY

ST JAMES

Firearm

Other

SHAWMUT

ROXBURY

Tyrone Britton
8/28/04, 1.19 am
Homicide

WASHINGTON

Other

BARTLETT

THORNTON

ROXBURY

JOHN ELIOT

MILLMONT

DORR

Knife

HIGHLAND

024



B2: Geneva/Normandy/BHA Area





**BostonPolice** *DEPARTMENT*

*Office of Research and Evaluation*

*Questions??*



ATTACHMENT    C

JUL-20-2005 14:55    BUREAU OF ATF    617 557 1321    P.02

## AFFIDAVIT OF SPECIAL AGENT LISA RUDNICKI

I, Lisa Rudnicki, under the pains and penalties of perjury, do hereby depose and state as follows:

1.   On July 18th, 2005, in connection with the case entitled United States v. Gregory Wright, and at the direction of the United States Attorney's Office, I contacted Officer Earl Perkins of the Intelligence Division of the Boston Police Department ("BPD"). As a result of this conversation, I learned the following:

2.   In 2004, the BPD would hold biweekly meetings called gang meetings.  These meetings were attended by members of several BPD units and law enforcement agencies, including the BPD Youth Violence Task Force, the BPD Drug Control Unit, the Massachusetts Probation Department, and the Suffolk County District Attorney's Office.

3.  At these meetings, attendees received statistics and maps regarding firearm arrests, gun recoveries, shootings, and other violent crimes that had occurred in Boston over the previous two weeks.  Based upon this description, it is my understanding that these meetings were those referred to by BPD Officer Mark Bordley in his testimony on July 18, 2005 during the suppression hearing of this case.

4.  The format and procedures used during the gang meetings were revamped between August 31, 2004, and November 17, 2004.

028

Thus, no meetings took place during that time and there are no statistics and maps available for that time period.

5. Prior to November 17, 2004, the most recent gang meetings occurred on August 17 and August 31. I was able to retrieve the statistics and maps that were distributed at both of those meetings. Copies of those documents are included with the Government's filing in this case as Attachments A and B.

Signed under the pains and penalties of perjury on July 20, 2005,

LISA A. RUDNICKI
Special Agent
Bureau of Alcohol, Tobacco, and Firearms



## Directions

Start address  1222 blue hill avenue, boston, ma
End address  600 Blue Hill Ave, Dorchester, MA 02121



Start address:  1222 Blue Hill Ave
              Mattapan, MA 02126

End address:  600 Blue Hill Ave
              Dorchester, MA 02121

Distance:  1.5 mi (about 2 mins)

1. Head from **Blue Hill Ave** - go **1.5 mi**

These directions are for planning purposes only. You may find that construction projects, traffic, or other events may cause road conditions to differ from the map results

Map data ©2005 NAVTEQ™ Tele Atlas

EXHIBIT 2 TO RANKIN AFFIDAVIT



## Directions

Start address  400 blue hill avenue, boston, ma
End address  1222 Blue Hill Ave, Dorchester, MA 02121



Start address: 400 Blue Hill Ave
Dorchester, MA 02121

End address: 1222 Blue Hill Ave
Mattapan, MA 02126

Distance: 2.1 mi (about 3 mins)

1. Head **southwest** from **Blue Hill Ave** - go 2.1 mi
2. Make a **U-turn** at **Blue Hill Ave** - go 0.0 mi

These directions are for planning purposes only. You may find that construction projects, traffic, or other events may cause road conditions to differ from the map results

Map data ©2005 NAVTEQ™ Tele Atlas



EXHIBIT 3 TO RANKIN AFFIDAVIT