UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 05-10001-WGY

UNITED STATES

v.

GREGORY R. WRIGHT

**DEFENDANT'S MOTION TO RECALL TWO WITNESSES**

The defendant Gregory Wright moves the Court for leave to recall two witnesses, ATF agent Rudnicki and Officer Greg Brown.

With respect to agent Rudnicki, the defendant wishes to examine her about her notes that were produced after the last hearing. Specifically, the notes, which are attached to this motion, directly contradict Rudnicki's testimony and the testimony of officer Brown. The hand written notes reflect a conversation Rudnicki had with Brown on December 22, 2004. It is obvious from reviewing the notes that agent Rudnicki had reviewed the police report authored by officer Brown before she spoke to officer Brown. She asked officer Brown a series of questions to clarify the report. The questions she asked and the answers he gave are set out in the notes:

Q. Did Wright make eye contact?

Yes.

Q. How did he lean forward?

   - as 1st BPD car passes - following units able to observe suspect leaning fwd.

Q. Who sees Wright open rear door and get out and grab at sweatshirt

  - following units - no specific names

With respect to Officer Brown, the defendant wishes to examine him about the conversation he had with agent Rudnicki, in light of the notes made by Rudnicki. In addition, the defendant wishes to examine officer Brown about a false statement that he signed relating to the number of hours he worked on a paid detail. Among the documents in the IAD file is a "Detail Billing & Payment" form that bears officer Brown's signature. The signature is preceded by the statement "I attest to the accuracy of the hours." From other documents in the IAD file, it is clear that officer Brown will acknowledge that the hours on the form are not accurate. Because the IAD file is under a protective order, the defendant is not filing the document herewith, but will furnish it to the Court at this afternoon's hearing.

            Respectfully submitted,
            **GREGORY R. WRIGHT**
            By his attorney,


            __/s/_____
            Charles W. Rankin, BBO #411780
            Rankin & Sultan
            One Commercial Wharf North
            Boston, MA 02110
            (617) 720-0011

Dated: July 27, 2005

12/21/04 - Marianne Hinkle advised State would like feds to take case of Greg Wright - apparent ACC

AUSA- Nadine Pellegrini

12/21/04 - Check w/ South Bay Jail (SID# 26109) Wright is at South Bay as a sentenced prisoner - release not due until April 05

→ send Judy detainer - 617-989-6564

12/21/04 - called Dot DC - next ct date is 1/10/04 for PC hearing on new gun arrest

12/21 - fed pardon check negative
12/21 - fed rb rest check
12/21 - int nexus exam

Sgt Kathy Doherty

B\# 04-933

- Phoenix Arms - Ontario CA made
  model HP 22A    22LR
  SN - 4248698
  w/ 6 live rounds!    2    F (Federal)
  .22 cal ammo         2    T
                       1    C (dCI)
                       1    C (CCI)

Stainless steel
blk grips

- ballistic certs obtained this day

To indict on 12/29 - postponed to 1/5/05

12/22/04 - phone conversation w/ Greg Brown
re- Greg Wright arrest

PO's involved

car 1 { Greg Brown
       Craig Jones
       Derek Outerbridge

car 2 { Vance Mills
       Mark Dardley
       Arthur Somerville
       Larry Colester
       Steve Lopes
       Michael Raye
       Mark Frere
       John Brown
       Tom Foley

DOA 11/8/04   7:54pm - clr weather, street lit
Greg, Craig, Derek in VK04
Vance, Mark, Somerville in VK09
Larry, Tr. Lopes, Raye in VK08
Mark Frere, J. Brown, Tom in VK02

Q unmarked cars — yes
monitoring 1216 BHA — is this apt bldg? — Conone
                                            Mini
                                            Mart
Q- what direction on BHA was suspect car facing?
— facing Morton Ave — toward city
Greg's car driving in same direction

Q. Who was driving your car?   Craig driving
                                Derek back
                                Craig front Rt pass
Q Did suspect make eye contact?   best view of
   yes                             suspect
                                    car

Q. How did he lean fwd? — as 1st BPD car passes - following units able to observe suspect leaning fwd

Q. who sees Wright open rear door to get out + grab at sweatshirt — following units - no specific names

Q. fled on foot up BHA — apprehended by?
   Mark, Larry, Greg, Tom — poss. others

Q. Did chase break out? Yelling commands — continues to run to 1222 BHA toward Tom F.

Q. Who took him down? Greg, Mark, Larry, Tom -
   poss. Steve Lopes? — Larry recovered gun
   from sweatshirt — gun protruding from pocket —
   had to wait until cuffed before could be
   searched

Q. Wright known to officers?   Vance knew him
                                from Norfolk St.
                                Gang?

Q. Any statements made on scene re: gun?
   yes "where did that gun come from?"

Q. Any F260's — attempted to disrupt   no
                                        cooperation
know Omar Edwards from prior shooting — wearing
clothing bag — Craig/Derek stayed w/ suspect car