```
 1                  UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS
 2
                                            Criminal No.
 3                                          05-10001-WGY

 4
     * * * * * * * * * * * * * * * *
 5                                  *
     UNITED STATES OF AMERICA       *
 6                                  *   MOTION TO SUPPRESS
     v.                             *        (Volume 3)
 7                                  *
     GREGORY WRIGHT                 *
 8                                  *
     * * * * * * * * * * * * * * * *
 9

10
                 BEFORE:  The Honorable William G. Young,
11                                District Judge

12

13

14

15   APPEARANCES:

16           NADINE PELLEGRINI and S. WAQAR HASIB,
        Assistant United States Attorneys, 1 Courthouse
17      Way, Suite 9200, Boston, Massachusetts 02210, on
        behalf of the Government
18
             RANKIN & SULTAN (By Charles W. Rankin, Esq.
19      and Michelle Menken, Esq.), 1 Commercial Wharf
        North, Boston, Massachusetts 02110, on behalf of
20      the Defendant

21

22

23

24                                        1 Courthouse Way
                                          Boston, Massachusetts
25
                                          July 27, 2005
```