```
 1                UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF MASSACHUSETTS
 2
                                        Criminal No.
 3                                      05-10001-WGY

 4
     * * * * * * * * * * * * * * * *
 5                                  *
     UNITED STATES OF AMERICA       *
 6                                  *   MOTION TO SUPPRESS
     v.                             *       (Volume 4)
 7                                  *
     GREGORY WRIGHT                 *
 8                                  *
     * * * * * * * * * * * * * * * *
 9

10
              BEFORE:  The Honorable William G. Young,
11                            District Judge

12

13

14

15   APPEARANCES:

16          NADINE PELLEGRINI and S. WAQAR HASIB,
        Assistant United States Attorneys, 1 Courthouse
17      Way, Suite 9200, Boston, Massachusetts 02210, on
        behalf of the Government
18
            RANKIN & SULTAN (By Charles W. Rankin, Esq.
19      and Michelle Menken, Esq.), 1 Commercial Wharf
        North, Boston, Massachusetts 02110, on behalf of
20      the Defendant

21

22

23

24                                      1 Courthouse Way
                                        Boston, Massachusetts
25
                                        July 29, 2005
```

# **I N D E X**

**WITNESS:**          **DIRECT**   **CROSS**   **REDIRECT**   **RECROSS**

LISA RUDNICKI, Recalled

   By Mr. Rankin     3

  **EXHIBITS:**                                    **FOR I.D.**   **IN EVID.**

G        Agent Rudnicki Handwritten Notes . . . . . 7