UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 05-10001-WGY

UNITED STATES

v.

GREGORY R. WRIGHT

**DEFENDANT'S RESERVATION OF RIGHT TO APPEAL**

Pursuant to Rule 11(a)(2) of the Federal Rules of Criminal Procedure, the defendant Grego Wright proposes to enter a conditional plea of guilty, reserving the right to have the United Stat Court of Appeals for the First Circuit review the denial of his motion to suppress, which was fil on April 4, 2005, and, after hearings, was denied on August 24, 2005.

Respectfully submitted,
**GREGORY R. WRIGHT**
By his attorney,

/s/ *[signature]*
Charles W. Rankin, BBO #411780
Rankin & Sultan
One Commercial Wharf North
Boston, MA 02110
(617) 720-0011

Dated: September 27, 2005