# SEALED DOCUMENT

Case 1:05-cr-10001-WGY    Document 61    Filed 09/30/2005    Page 1 of 1