UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CRIMINAL CASE NO. 04-10001-WGY

UNITED STATES OF AMERICA      )
                              )
                              )
v.                            )
                              )
                              )
GREGORY WRIGHT                )
                              )

## CITY OF BOSTON POLICE DEPARTMENT'S MOTION TO QUASH SUBPOENA

Now comes the City of Boston, Police Department (Internal Affairs Division) and respectfully requests that this Court issue an order Quashing the subpoena served upon it by the defendant in this matter.

As grounds therefor, the City of Boston states that the subpoena seeks information which is not material to the issues before this Court and is overbroad. Further support for this motion is provided in the accompanying Memorandum of Law.

CITY OF BOSTON POLICE EPARTMENT
By its attorneys:

Margaret M. Buckley (BBO 561101)
Staff Attorney
Boston Police Department
One Schroeder Plaza
Boston, MA 02120
(617) 343-4550