UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 05-10001-WGY

_____

UNITED STATES

v.

GREGORY R. WRIGHT

_____

**DEFENDANT'S MOTION FOR LEAVE TO
PROCEED IN FORMA PAUPERIS**

Pursuant to 18 U.S.C. § 1915, the defendant Gregory Wright moves that the Court permit him to proceed on appeal in forma pauperis. In support of this motion, the defendant states that counsel was appointed to represent him, that the defendant is incarcerated and has no funds available to pay for counsel, filing fees, or the other costs associated with appeal.

                                                          Respectfully submitted,
                                                          **GREGORY R. WRIGHT**
                                                          By his attorney,

                                                          /s/ Charles W. Rankin
                                                      _____
                                                          Charles W. Rankin, BBO #411780
                                                          Rankin & Sultan
                                                          151 Merrimac St., second floor
                                                          Boston, MA 02114-4717
                                                          (617) 720-0011

January 30, 2006

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non participants on January 30, 2006.

                /s/ Charles W. Rankin
                _____
                Charles W. Rankin