UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 05-10001-WGY

UNITED STATES

v.

GREGORY R. WRIGHT

**NOTICE OF APPEAL**

Pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure, the defendant Gregory Wright appeals to the United States Court of Appeals for the First Circuit from his conviction and sentence imposed on January 30, 2006, and from the August 24, 2005 denial of his motion to suppress evidence, which was preserved for appellate review pursuant to Rule 11(a)(2) of the Federal Rules of Criminal Procedure.

    Respectfully submitted
    The defendant Gregory Wright
    By his counsel

    /s/ Charles W. Rankin

    _____
    Charles W. Rankin
    BBO No. 411780
    Rankin & Sultan
    151 Merrimac St., 2nd floor
    Boston, MA 02114-4717
    (617) 720-0011

January 30, 2006

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non participants on January 30, 2006.

                                        /s/ Charles W. Rankin
                                        _____
                                        Charles W. Rankin