
```
 1                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS
 2
                                         Criminal No.
 3                                       05-10001-WGY

 4
      * * * * * * * * * * * * * * * *
 5                                   *
      UNITED STATES OF AMERICA       *
 6                                   *   DISPOSITION
      v.                             *
 7                                   *
      GREGORY WRIGHT                 *
 8                                   *
      * * * * * * * * * * * * * * * *
 9

10
              BEFORE:  The Honorable William G. Young,
11                             District Judge

12

13

14

15   APPEARANCES:

16          NADINE PELLEGRINI and S. WAQAR HASIB,
        Assistant United States Attorneys, 1 Courthouse
17      Way, Suite 9200, Boston, Massachusetts 02210, on
        behalf of the Government
18
            RANKIN & SULTAN (By Charles W. Rankin,
19      Esq.), 151 Merrimac Street, Second Floor, Boston,
        Massachusetts 02114-4717, on behalf of the
20      Defendant

21

22

23
                                     1 Courthouse Way
24                                   Boston, Massachusetts

25                                   January 30, 2006
```