UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 05-10001-WGY

_____

UNITED STATES

v.

GREGORY R. WRIGHT

_____

**DEFENDANT'S MOTION FOR JUDICIAL RECOMMENDATION
TO BUREAU OF PRISONS**

The defendant Gregory Wright moves that the Court make a judicial recommendation to the Bureau of Prisons that the defendant be designated to serve his sentence at FCI Fairton. In support of this motion, the defendant states:

The defendant has been sentenced to a term of seventy months in the custody of the Bureau of Prisons, and the Court recommended that the defendant be permitted to take part in the 500 hour Residential Drug Abuse Prevention Program ("RDAP") operated by the Bureau of Prisons ("BOP"). The defendant understands that the BOP operates the program at FCI Fairton and that the defendant's security classification would likely be consistent with FCI Fairton. Fairton is the closest facility to the defendant's home that meets his security needs and offers the RDAP program.

                                            Respectfully submitted,
                                            **GREGORY R. WRIGHT**
                                            By his attorney,

                                            /s/ Charles W. Rankin
                                            _____
                                            Charles W. Rankin, BBO #411780
                                            Rankin & Sultan
                                            151 Merrimac St., second floor
                                            Boston, MA 02114-4717
                                            (617) 720-0011

February 9, 2006

## CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non participants on February 9, 2006

                                            /s/ Charles W. Rankin
                                            _____
                                            Charles W. Rankin