## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 05-cr-10001

United States of America

v.

Gregory R. Wright

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on  1/30/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on February 23, 2006.

Sarah A Thornton, Clerk of Court

By: _____

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _2/23/06_

_____

Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

APPEAL

# United States District Court
# District of Massachusetts (Boston)
## CRIMINAL DOCKET FOR CASE #: 1:05-cr-10001-WGY-ALL

Case title: USA v. Wright                    Date Filed: 01/05/2005

Assigned to: Judge William G.
Young

**Defendant**

**Gregory Wright** (1)                represented by **Charles W. Rankin**
*TERMINATED: 01/31/2006*              Rankin & Sultan
                                      151 Merrimac Street
                                      Second Floor
                                      Boston, MA 02114-4717
                                      617-720-0011
                                      Fax: 617-742-0701
                                      Email: crankin@rankin-
                                      sultan.com
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*
                                      *Designation: CJA Appointment*

**Pending Counts**                    **Disposition**

                                      The defendant is committed to the
                                      custody of the BOP for 70 months
                                      with a recommendation that the
18:922(g)(1) - FELON IN               last 6 months be served in a
POSSESSION OF FIREARM                 halfway house. Following his
AND AMMUNITION                        release the defendant is to serve 3
(1)                                   years of supervised release with
                                      special conditions. No fine.
                                      Special Assessment of $100.

**Highest Offense Level**
**(Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Nadine Pellegrini**<br>United States Attorney's Office<br>John Joseph Moakley Federal Courthouse<br>1 Courthouse Way<br>Suite 9200<br>Boston, MA 02210<br>617-748-3107<br>Fax: 617-748-3951<br>Email: nadine.pellegrini@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**S. Waqar Hasib**<br>United States Attorney's Office<br>Suite 9200<br>1 Courthouse Way<br>Boston, MA 02210<br>617-748-3764<br>Fax: 617-748-3951<br>Email: waqar.hasib@usdoj.gov<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 01/05/2005 | 1 | INDICTMENT as to Gregory Wright (1) count(s) 1. (Gawlik, |

| | | |
|---|---|---|
| | | Cathy) (Entered: 01/05/2005) |
| 01/05/2005 | 2 | Judge William G. Young : ORDER entered. ORDER REFERRING CASE to Magistrate Judge Robert B. Collings Reason for referral: Arraignment and Bail ONLY as to Gregory Wright (Gawlik, Cathy) (Entered: 01/05/2005) |
| 01/07/2005 | 3 | Writ of Habeas Corpus ad Prosequendum Issued as to Gregory Wright for 1/13/2005 @ 10:30 AM. (Russo, Noreen) (Entered: 01/07/2005) |
| 01/13/2005 | | ElectronicClerk's Notes for proceedings held before Magistrate Judge Robert B. Collings :Initial Appearance as to Gregory Wright held on 1/13/2005. Nadine Pellegrini for Gov't, Charles Rankin with Mr. Wright. Pretrial Services. Max Penalties, charges and rights read to Def't. Def't indicates unable to afford an attorney. Court finds that Def't is unable to afford an attorney and will appoint CJA Attorney Rankin. Arraignment held at same hearing. Court to forward case to Judge Young's session for initial status conf. date. Gov't moves for detention under US v. King. Def't requests detention hearing Friday January 21, 2005 @ 11:00 am. (Tape # Digital Recording.) (Russo, Noreen) (Entered: 01/13/2005) |
| 01/13/2005 | | ElectronicClerk's Notes for proceedings held before Magistrate Judge Robert B. Collings :Arraignment as to Gregory Wright (1) Count 1 held on 1/13/2005. Nadine Pellegrini for Gov't, Charles Rankin with Mr. Wright. Pretrial Services. Def't pleads not guility on all charges. Initial Status Conf. to be set down by Judge Young's session. (Tape # Digital Recording) (Russo, Noreen) (Entered: 01/13/2005) |
| 01/13/2005 | 5 | Writ of Habeas Corpus ad Prosequendum Issued as to Gregory Wright for 1/21/2005 @ 11:00 AM. (Russo, Noreen) (Entered: 01/13/2005) |
| 01/13/2005 | 6 | MOTION Supplement Basis for Detention as to Gregory Wrightby USA. (Pellegrini, Nadine) (Entered: 01/13/2005) |
| 01/13/2005 | 8 | WAIVER of Rights Under Interstate Agreement on Detainers by Gregory Wright. (Russo, Noreen) (Entered: 01/18/2005) |
| 01/13/2005 | 9 | Magistrate Judge Robert B. Collings : MEMORANDUM AND ORDER entered as to Gregory Wright. (Russo, Noreen) (Entered: 01/24/2005) |
| 01/13/2005 | 11 | Magistrate Judge Robert B. Collings : ORDER entered. CJA |

| | | |
|---|---|---|
| | | 20 as to Gregory Wright: Appointment of Attorney Charles W. Rankin for Gregory Wright. (Russo, Noreen) (Entered: 01/31/2005) |
| 01/18/2005 | 7 | NOTICE OF HEARING as to Gregory Wright Scheduling Conference set for 2/24/2005 02:00 PM in Courtroom 18 before Chief Judge William G. Young. (Smith, Bonnie) (Entered: 01/18/2005) |
| 01/18/2005 | | NOTICE OF RESCHEDULING as to Gregory Wright Scheduling Conference set for 2/17/2005 02:00 PM in Courtroom 18 before Chief Judge William G. Young. (Smith, Bonnie) (Entered: 01/18/2005) |
| 01/27/2005 | | Electronic NOTICE OF HEARING as to Gregory Wright Detention Hearing set for 2/4/2005 @ 11:00 AM in Courtroom 14 before Magistrate Judge Robert B. Collings. (Russo, Noreen) (Entered: 01/27/2005) |
| 01/27/2005 | 10 | Writ of Habeas Corpus ad Prosequendum Issued as to Gregory Wright for 2/4/2005 @ 11:00 AM (Russo, Noreen) (Entered: 01/27/2005) |
| 02/04/2005 | | Electronic Clerk's Notes for proceedings held before Magistrate Judge Robert B. Collings :Detention Hearing as to Gregory Wright held on 2/4/2005. N. Pelligrini, for Gov't, C. Rankin for Def't, Pretrial Services. Agent Rudiniki, ATF Agent, is sworn as witness 1. Direct by Gov't, Cross by Attorney Rankin, no redirect. No further evidence by Gov't or Def't. Deft to be released from State Custody on April 14th. Att. Rankin requests that Def't be retained at a drug facility as proposed conditions of release. Court will issue an order of det. Once released and brought back to Fed Custody, Attorney Rankin to file motion re conditions, and court will look at it at that time. Court will have pretrial make recommendation at that time. Court detains Def't. (Tape # Digital Recording.) (Russo, Noreen) (Entered: 02/04/2005) |
| 02/04/2005 | | Magistrate Judge Robert B. Collings : Electronic ORDER entered granting 6 Gov't Motion Requesting Permission to Supplement Basis for Requested Detention as to Gregory Wright (1). "Allowed, no opposition having been filed." (Russo, Noreen) (Entered: 02/07/2005) |
| 02/04/2005 | | Case as to Gregory Wright no longer referred to Magistrate Judge Robert B. Collings. (Russo, Noreen). (Entered: |

| | | |
|---|---|---|
| | | 08/15/2005) |
| 02/07/2005 | 12 | Magistrate Judge Robert B. Collings : ORDER entered. MEMORANDUM AND ORDER OF DETENTION PURSUANT TO 18 U.S.C. s. 3142 (e) as to Gregory Wright. (Russo, Noreen) (Entered: 02/07/2005) |
| 02/11/2005 | 13 | EX PARTE MOTION for transcripts as to Gregory Wright. (Bell, Marie) (Entered: 02/11/2005) |
| 02/11/2005 | 14 | EX PARTE MOTION for Investigative Services as to Gregory Wright. (Bell, Marie) (Entered: 02/11/2005) |
| 02/11/2005 | 15 | EX PARTE MOTION for Order as to Gregory Wright. (Bell, Marie) (Entered: 02/11/2005) |
| 02/11/2005 | 16 | EX PARTE MOTION for transcripts as to Gregory Wright. (Bell, Marie) (Entered: 02/11/2005) |
| 02/16/2005 | | Judge William G. Young : Electronic ORDER entered granting [13] Ex Parte Motion for Transcripts as to Gregory Wright (1). cc: Charles W. Rankin (Bell, Marie) (Entered: 02/17/2005) |
| 02/16/2005 | | Judge William G. Young : Electronic ORDER entered granting [14] Ex Parte Motion for Investigative Funds as to Gregory Wright (1). cc: Charles Rankin. (Bell, Marie) (Entered: 02/17/2005) |
| 02/16/2005 | | Judge William G. Young : Electronic ORDER entered granting [15] Ex Parte Motion for Order as to Gregory Wright (1). cc: Charles Rankin. (Bell, Marie) (Entered: 02/17/2005) |
| 02/16/2005 | 17 | Judge William G. Young : ORDER entered. as to Gregory Wright re [15]Ex Parte MOTION for Order filed by Gregory Wright. cc: Charles Rankin (Bell, Marie) (Entered: 02/17/2005) |
| 02/16/2005 | 18 | Judge William G. Young : ORDER (#2) entered. as to Gregory Wright re [15]Ex Parte MOTION for Order filed by Gregory Wright. cc: Charles Rankin. (Bell, Marie) (Entered: 02/17/2005) |
| 02/16/2005 | | Judge William G. Young : Electronic ORDER entered granting [16]Ex Parte Motion for Transcripts as to Gregory Wright (1). cc: Charles Rankin (Bell, Marie) (Entered: 02/17/2005) |
| | | |

| 02/17/2005 | ● | Electronic Clerk's Notes for proceedings held before Judge William G. Young :Scheduling Conference as to Gregory Wright held on 2/17/2005 Court sets trial date for 5/16/05. final pretrial Conference set for 4/11/05.Scheduling Order to issue. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 02/18/2005) |
| --- | --- | --- |
| 02/18/2005 | 19 | Judge William G. Young : ORDER entered. SCHEDULING ORDER as to Gregory Wright Jury Trial set for 5/16/2005 09:00 AM in Courtroom 18 before Chief Judge William G. Young.Final Pretrial Conference set for 4/11/2005 02:00 PM in Courtroom 12 before Chief Judge William G. Young. (Smith, Bonnie) (Entered: 02/18/2005) |
| 03/16/2005 | 20 | TRANSCRIPT of Proceedings as to Gregory Wright held on February 4, 2005 before Judge Collings. Tape Transcribed by Maryann Young. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting Maryann Young at 508/384-2003 or the Clerk's Office. (Scalfani, Deborah) (Entered: 03/16/2005) |
| 04/04/2005 | 21 | MOTION to Suppress Evidence Obtained from Warrantless Searchas to Gregory Wright. c/s. (Bell, Marie) (Entered: 04/04/2005) |
| 04/04/2005 | 22 | AFFIDAVIT in Support of Charles W. Rankin; by Gregory Wright re 21 MOTION to Suppress (Attachments: # 1 Exhibit 1)(Bell, Marie) (Entered: 04/04/2005) |
| 04/04/2005 | 23 | AFFIDAVIT in Support of Gregory Wright re 21 MOTION to Suppress (Bell, Marie) (Entered: 04/04/2005) |
| 04/04/2005 | 24 | Letter regarding Discovery as to Gregory Wright (Bell, Marie) (Entered: 04/04/2005) |
| 04/05/2005 | ● | NOTICE OF HEARING ON MOTION as to Gregory Wright Motion Hearing set for 5/11/2005 02:00 PM in Courtroom 18 before Chief Judge William G. Young. (Smith, Bonnie) (Entered: 04/05/2005) |
| 04/11/2005 | ● | Electronic Clerk's Notes for proceedings held before Judge William G. Young :Pretrial Conference as to Gregory Wright held on 4/11/2005 trial set for 5/16/05. Suppression hearing set for 5/11/05 at 2:00. Pretrial order to issue. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 04/11/2005) |
| 04/11/2005 | 25 | Judge William G. Young : Electronic ORDER entered. |

| | | PRETRIAL ORDER as to Gregory Wright Time excluded from 4/11/05 until 5/16/05. Evidentiary Hearing set for 5/11/2005 02:00 PM in Courtroom 18 before Chief Judge William G. Young. Jury Trial set for 5/16/2005 09:00 AM in Courtroom 21 before Chief Judge William G. Young. (Smith, Bonnie) (Entered: 04/11/2005) |
|---|---|---|
| 04/15/2005 | 26 | MEMORANDUM in Opposition by USA as to Gregory Wright re 21 MOTION to Suppress (Attachments: # 1 Affidavit Affidavit)(Pellegrini, Nadine) (Entered: 04/15/2005) |
| 04/15/2005 | 27 | Arrest Warrant Returned Executed on 4/13/05. as to Gregory Wright. (Bell, Marie) (Entered: 04/18/2005) |
| 04/21/2005 | 28 | EX PARTE MOTION NUMBER FIVE as to Gregory Wright. (Smith3, Dianne) (Entered: 04/22/2005) |
| 04/21/2005 | 29 | copy of Letter dated 4/11/05 (non-motion) regarding DISCOVERY as to Gregory Wright (Smith3, Dianne) (Entered: 04/22/2005) |
| 04/26/2005 | 30 | Judge William G. Young : Electronic ORDER entered granting [28] Motion as to Gregory Wright (1) (Smith, Bonnie) (Entered: 04/26/2005) |
| 05/09/2005 | 31 | EXHIBIT/WITNESS LIST by USA as to Gregory Wright (Hasib, S.) (Entered: 05/09/2005) |
| 05/09/2005 | 32 | EXHIBIT/WITNESS LIST by USA as to Gregory Wright (Hasib, S.) (Entered: 05/09/2005) |
| 05/10/2005 | 33 | MOTION to Continue *Hearing on Motion to Suppress* as to Gregory Wright. (Rankin, Charles) (Entered: 05/10/2005) |
| 05/10/2005 | 34 | AFFIDAVIT in Support of Gregory Wright; by Gregory Wright re 33 MOTION to Continue *Hearing on Motion to Suppress* (Rankin, Charles) (Entered: 05/10/2005) |
| 05/17/2005 | | NOTICE OF RESCHEDULING of Hearing on the Motion to Suppress as to Gregory Wright Evidentiary Hearing set for 6/10/2005 02:00 PM in Courtroom 18 before Chief Judge William G. Young. (Smith, Bonnie) (Entered: 05/17/2005) |
| 06/07/2005 | 35 | MOTION for Order *Directing Production of Records by the Boston Police Department* as to Gregory Wright. (Rankin, Charles) (Entered: 06/07/2005) |
| 06/07/2005 | 36 | AFFIDAVIT of Counsel Michelle Menken in Support of by |

| | | |
|---|---|---|
| | | Gregory Wright 35 MOTION for Order *Directing Production of Records by the Boston Police Department* filed by Gregory Wright, (Rankin, Charles) (Entered: 06/07/2005) |
| 06/07/2005 | 37 | PROPOSED ORDER(S) submitted by Gregory Wright (Rankin, Charles) (Entered: 06/07/2005) |
| 06/07/2005 | | Judge William G. Young : Electronic ORDER entered granting 35 Motion for Order as to Gregory Wright (1) (Smith, Bonnie) (Entered: 06/07/2005) |
| 06/07/2005 | 38 | Judge William G. Young : Electronic ORDER entered. as to Gregory Wright re 35 MOTION for Order *Directing Production of Records by the Boston Police Department* filed by Gregory Wright, (Smith, Bonnie) (Entered: 06/07/2005) |
| 06/08/2005 | 39 | *****SEALED DOCUMENT*****EX PARTE MOTION as to Gregory Wrightby USA. (Bell, Marie) (Entered: 06/09/2005) |
| 06/09/2005 | 40 | Letter (non-motion) regarding Discovery Letter as to Gregory Wright (Rankin, Charles) (Entered: 06/09/2005) |
| 06/09/2005 | 41 | Letter (non-motion) regarding Discovery request as to Gregory Wright (Pellegrini, Nadine) (Entered: 06/09/2005) |
| 06/10/2005 | 42 | MOTION to Compel *Government to Produce Documents Regarding Boston Police Officer Gregory Brown* as to Gregory Wright. (Rankin, Charles) (Entered: 06/10/2005) |
| 06/10/2005 | 43 | NOTICE OF ATTORNEY APPEARANCE S. Waqar Hasib appearing for USA. (Hasib, S.) (Entered: 06/10/2005) |
| 06/10/2005 | | Judge William G. Young : Electronic ORDER entered finding as moot 42 Motion to Compel as to Gregory Wright (1) (Smith, Bonnie) (Entered: 06/10/2005) |
| 06/10/2005 | | Motions terminated as to Gregory Wright: 33 MOTION to Continue *Hearing on Motion to Suppress* filed by Gregory Wright,, [39] MOTION for Protective Order filed by USA,. (Smith, Bonnie) (Entered: 06/10/2005) |
| 06/10/2005 | | Electronic Clerk's Notes for proceedings held before Judge William G. Young :Motion Hearing as to Gregory Wright held on 6/10/2005 re 21 MOTION to Suppress filed by Gregory Wright, Court hears argument on Motion to Compel...Court orders information to be shared with client only. Govt evidence commences. Hearing does not conclude and is |

| | | |
|---|---|---|
| | | continued to July 18, 2005 at 2:30. Evidentiary Hearing set for 7/18/2005 02:30 PM before Chief Judge William G. Young. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 06/13/2005) |
| 06/13/2005 | 44 | MOTION for Order *for Preparation of Transcript* as to Gregory Wright. (Rankin, Charles) (Entered: 06/13/2005) |
| 06/14/2005 | | Judge William G. Young : Electronic ORDER entered granting 44 Motion for Order For Preparation of Transcript as to Gregory Wright (1). cc/cl. (Bell, Marie) (Entered: 06/14/2005) |
| 06/15/2005 | 45 | Ex Parte MOTION for Authorization of Services or Funds as to Gregory Wright. (Smith, Bonnie) (Entered: 06/16/2005) |
| 06/16/2005 | | Judge William G. Young : Electronic ORDER entered granting [45] Motion Number 6 for Authorization of Services or Funds as to Gregory Wright (1) (Smith, Bonnie) (Entered: 06/16/2005) |
| 06/24/2005 | 46 | TRANSCRIPT of Proceedings as to Gregory Wright held on 6/10/05 before Judge YOUNG. Court Reporter: WOMACK. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter or the Clerk's Office. (Smith, Bonnie) (Entered: 06/24/2005) |
| 07/13/2005 | 47 | MOTION for Order *Relative to Subpoenas* as to Gregory Wright. (Attachments: # 1 Text of Proposed Order Proposed Order)(Rankin, Charles) (Entered: 07/13/2005) |
| 07/13/2005 | | Judge William G. Young : Electronic ORDER entered granting 47 Motion for Order as to Gregory Wright (1) (Smith, Bonnie) (Entered: 07/13/2005) |
| 07/13/2005 | 48 | Judge William G. Young : Electronic ORDER entered. as to Gregory Wright re 47 MOTION for Order *Relative to Subpoenas* filed by Gregory Wright, (Smith, Bonnie) (Entered: 07/13/2005) |
| 07/18/2005 | | Electronic Clerk's Notes for proceedings held before Judge William G. Young :Motion Hearing as to Gregory Wright held on 7/18/2005 re 21 MOTION to Suppress filed by Gregory Wright, Motion to Quash subpoena filed by City of Boston Police Dept. Argument heard.After hearing the court orders the materials in question turned over to the court for in camera |

| | | |
|---|---|---|
| | | review. Govt. Evidence continues. Govt. Rests. Defense evidence commences. Defense Rests. Final arguments set for: 7/27/2005 03:00 PM in Courtroom 18 before Chief Judge William G. Young. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 07/19/2005) |
| 07/19/2005 | 49 | MOTION for transcripts at government expense as to Gregory Wright. (Rankin, Charles) (Entered: 07/19/2005) |
| 07/20/2005 | 50 | RESPONSE TO COURT ORDER by USA as to Gregory Wright (Attachments: # 1 Attachment A - BPD Report# 2 Attachment B - BPD Report# 3 Attachment C - affidavit# 4 Attachment D - Agent's notes)(Hasib, S.) (Entered: 07/20/2005) |
| 07/20/2005 | | Judge William G. Young : Electronic ORDER entered granting 49 Motion for Transcript at Government Expense as to Gregory Wright (1). cc/cl. (Bell, Marie) (Entered: 07/21/2005) |
| 07/22/2005 | 51 | TRANSCRIPT of Proceedings as to Gregory Wright held on 7/18/05 before Judge Young. Court Reporter: Womack. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at www.donwomack.com or the Clerk's Office. (Smith, Bonnie) (Entered: 07/22/2005) |
| 07/26/2005 | 52 | MEMORANDUM in Opposition by Gregory Wright re 47 MOTION for Order *Relative to Subpoenas and Response to Boston Police Department's Motion to Quash and to Court's Request for Briefing* (Rankin, Charles) (Entered: 07/26/2005) |
| 07/26/2005 | 53 | First MEMORANDUM in Opposition by USA as to Gregory Wright re 35 MOTION for Order *Directing Production of Records by the Boston Police Department* (Attachments: # 1 Supplement statute)(Pellegrini, Nadine) (Entered: 07/26/2005) |
| 07/26/2005 | 54 | First MEMORANDUM in Opposition by USA as to Gregory Wright re 21 MOTION to Suppress (Hasib, S.) (Entered: 07/26/2005) |
| 07/27/2005 | 55 | AFFIDAVIT of Charles W. Rankin by Gregory Wright 21 MOTION to Suppress filed by Gregory Wright, (Rankin, Charles) (Entered: 07/27/2005) |
| 07/27/2005 | 56 | MOTION for Hearing *to Recall Two Witnesses* as to Gregory Wright. (Rankin, Charles) (Entered: 07/27/2005) |

| | | |
|---|---|---|
| 07/27/2005 | ● | Electronic Clerk's Notes for proceedings held before Judge William G. Young :Motion Hearing as to Gregory Wright held on 7/27/2005 re 21 MOTION to Suppress filed by Gregory Wright, Court hears final argument. After hearing the court continues the hearing in order to recall Ms Rudnicki to the stand. Further hearing set for 2:30 7/28/05 (Court Reporter Womack.) (Smith, Bonnie) (Entered: 07/28/2005) |
| 07/28/2005 | ●57 | TRANSCRIPT of Proceedings as to Gregory Wright held on July 27, 2005 before Judge Young. Court Reporter: Donald Womack. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter or the Clerk's Office at www.donwomack.com (Bell, Marie) (Entered: 07/28/2005) |
| 08/24/2005 | ●58 | TRANSCRIPT of Proceedings as to Gregory Wright held on 7/29/05 before Judge Young. Court Reporter: Womack. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at womack@megatran.com or the Clerk's Office. (Smith, Bonnie) (Entered: 08/24/2005) |
| 08/24/2005 | ● | Electronic Clerk's Notes for proceedings held before Judge William G. Young :Motion Hearing as to Gregory Wright held on 8/24/2005 re 21 MOTION to Suppress filed by Gregory Wright,, 56 MOTION for Hearing *to Recall Two Witnesses* filed by Gregory Wright,, Motions terminated as toGregory Wright: Defense recalls Agent Rudnicki. Defendant Rest. Court makes findings of fact and conclusions of law. The motion to Suppress is DENIED TheCourt sets further conference. Pretrial Conference set for 9/22/2005 02:00 PM in Courtroom 18 before Chief Judge William G. Young. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 08/24/2005) |
| 09/27/2005 | ● | ElectronicClerk's Notes for proceedings held before Judge William G. Young :Change of Plea Hearing as to Gregory Wright held on 9/27/2005. Defendant Sworn. Defendant files a notice of reservation of right to appeal. Court conducts plea colloquy. After hearing the Court accepts the plea of Guilty conditioned on the review by the First Circuit on the denial of the Suppression Motion. Plea entered by Gregory Wright (1) Guilty Count 1. Sentencing set for Jan. 11, 2006 at 2PM (Court Reporter Womack.) (Smith, Bonnie) (Entered: 09/28/2005) |
| 09/27/2005 | ●60 | Reservation of Right to Appeal by Gregory Wright (Bell, |

| | | |
|---|---|---|
| | | Marie) (Entered: 09/28/2005) |
| 09/28/2005 | 59 | Judge William G. Young : ElectronicORDER entered. PROCEDURAL ORDER re sentencing hearing as to Gregory Wright Sentencing set for 1/11/2006 02:00 PM in Courtroom 18 before Chief Judge William G. Young. (Smith, Bonnie) (Entered: 09/28/2005) |
| 09/30/2005 | 61 | EX PARTE MOTION for Authorization of Services or Funds as to Gregory Wright. (Bell, Marie) (Entered: 10/03/2005) |
| 10/03/2005 | | Judge William G. Young : ElectronicORDER entered granting 61 EX PARTE Motion for Authorization of Services or Funds as to Gregory Wright (1). cc/cl. (Bell, Marie) (Entered: 10/04/2005) |
| 10/05/2005 | 62 | City of Boston Police Department's MOTION to Quash Subpoena as to Gregory Wright. (Bell, Marie) (Entered: 10/05/2005) |
| 10/05/2005 | 63 | MEMORANDUM in Support re 62 MOTION to Quash Subpoena (Attachments: # 1 Exhibit A)(Bell, Marie) ). (Entered: 10/05/2005) |
| 10/05/2005 | | Judge William G. Young : ElectronicORDER entered finding as moot 62 Motion to Quash Subpoena as to Gregory Wright (1). cc/cl. (Bell, Marie) (Entered: 10/05/2005) |
| 10/25/2005 | 64 | NOTICE *of Change of Address of Counsel* by Gregory Wright (Rankin, Charles) (Entered: 10/25/2005) |
| 12/19/2005 | 65 | EX PARTE MOTION for Funds as to Gregory Wright. (Smith, Bonnie) (Entered: 12/19/2005) |
| 12/19/2005 | | Judge William G. Young : Electronic ORDER entered granting [65] Motion for Funds as to Gregory Wright (1) (Smith, Bonnie) (Entered: 12/19/2005) |
| 01/05/2006 | | NOTICE OF RESCHEDULING as to Gregory Wright Sentencing reset for 1/30/2006 02:00 PM in Courtroom 18 before Judge William G. Young. (Smith, Bonnie) (Entered: 01/05/2006) |
| 01/05/2006 | 66 | Defendant Gregory R. Wright's Ex Parte Motion Number Eight. Supplemental Motion for Authorization for Neccessary Funds. (Paine, Matthew) (Entered: 01/06/2006) |
| 01/09/2006 | | Judge William G. Young : ORDER entered granting [66] Ex |

| | | |
|---|---|---|
| | | Parte Motion Number Eight. (Paine, Matthew) (Entered: 01/09/2006) |
| 01/28/2006 | 67 | SENTENCING MEMORANDUM by Gregory Wright (Rankin, Charles) (Entered: 01/28/2006) |
| 01/30/2006 | 68 | MOTION for Leave to Proceed In Forma Pauperis as to Gregory Wright. (Rankin, Charles) (Entered: 01/30/2006) |
| 01/30/2006 | 69 | MOTION for transcripts at government expense as to Gregory Wright. (Rankin, Charles) (Entered: 01/30/2006) |
| 01/30/2006 | 70 | NOTICE OF APPEAL by Gregory Wright NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 2/21/2006. (Rankin, Charles) (Entered: 01/30/2006) |
| 01/30/2006 | | ElectronicClerk's Notes for proceedings held before Judge William G. Young :Sentencing held on 1/30/2006 for Gregory Wright (1), Count(s) 1, After hearing the court imposes the following sentence:The defendant is committed to the custody of the BOP for 70 months with a recommendation that the last 6 months be served in a halfway house. Following his release the defendant is to serve 3 years of supervised release with special conditions. No fine. Special Assessment of $100..The defendant is notified of the right to appeal. The defendant is remanded to custody. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 01/31/2006) |
| 01/31/2006 | 71 | Judge William G. Young : ORDER entered. JUDGMENT as to Gregory Wright (1), Count(s) 1, The defendant is committed to the custody of the BOP for 70 months with a recommendation that the last 6 months be served in a halfway house. Following his release the defendant is to serve 3 years of supervised release with special conditions. No fine. Special Assessment of $100. (Attachments: # 1 transcript) (Smith, Bonnie) (Entered: 01/31/2006) |
| 02/01/2006 | | Judge William G. Young : Electronic ORDER entered. As to Gregory Wright re 68 MOTION for Leave to Proceed In Forma Pauperis is ALLOWED. (Paine, Matthew) (Entered: 02/01/2006) |
| | | |

| 02/01/2006 | | Judge William G. Young : Electronic ORDER entered. As to Gregory Wright re 69 MOTION for transcripts at government expense is ALLOWED. (Paine, Matthew) (Entered: 02/01/2006) |
|---|---|---|
| 02/01/2006 | 72 | EX PARTE MOTION of Defendent Gregory R. Wright for Leave to Obtain Payment for Service of Subpoenas. (Please note original docket entry was deleted due to a data entry error by court staff.) . (Paine, Matthew) (Entered: 02/02/2006) |
| 02/02/2006 | | Judge William G. Young : Electronic ORDER entered. Granting [72] EX PARTE MOTION of Defendent Gregory R. Wright for Leave to Obtain Payment for Service of Subpoenas. (Paine, Matthew) (Entered: 02/02/2006) |
| 02/06/2006 | 73 | TRANSCRIPT of Proceedings as to Gregory Wright held on 1/30/06 before Judge Young. Court Reporter: Womack. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at womack@megatran.com or the Clerk's Office. (Smith, Bonnie) (Entered: 02/06/2006) |
| 02/09/2006 | 74 | MOTION for Judicial Recommendation to Bureau of Prisons as to Gregory Wright. (Rankin, Charles) (Entered: 02/09/2006) |
| 02/10/2006 | | Judge William G. Young : Electronic ORDER entered GRANTING 74 Motion for Judicial Recommendation to Bureau of Prisons as to Gregory Wright. (Paine, Matthew) (Entered: 02/10/2006) |