UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 05-10001-WGY

_____

UNITED STATES

v.

GREGORY R. WRIGHT

_____

### DEFENDANT GREGORY R. WRIGHT'S MOTION FOR LEAVE TO OBTAIN TRANSCRIPT OF DAY FOUR OF SUPPRESSION HEARING

Pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A(e), the defendant Gregory R. Wright, by his attorney, hereby moves the Court for leave to obtain a transcript of the proceedings at the suppression hearing before then Chief Judge William G. Young on August 24, 2005. In support of this motion, the defendant states that a transcript of that hearing is necessary for the defendant's appeal.

The defendant is indigent and counsel has been appointed to represent him.

    Respectfully submitted,
    **GREGORY R. WRIGHT**
    By his attorney,

    /s/ Charles W. Rankin
    _____
    Charles W. Rankin, BBO #411780
    Rankin & Sultan
    151 Merrimac St., 2nd floor
    Boston, MA 02114-4717
    (617) 720-0011

March 7, 2006

CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non participants on March 7, 2006.

                                            /s/ Charles W. Rankin
                                            _____
                                            Charles W. Rankin