# United States Court of Appeals
## For the First Circuit

USDC-MA

05-10001-WGY

No. 06-1351

UNITED STATES OF AMERICA,

Appellee,

v.

GREGORY WRIGHT,

Defendant, Appellant.

**JUDGMENT**

Entered: May 4, 2007

*[Certification stamp: I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY. FIRST CIRCUIT COURT OF APPEALS, BOSTON MA. By: [signature] Date: 5/4/2007]*

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is vacated, and the matter is remanded for further proceedings consistent with the opinion issued this day.

By the Court:
Richard Cushing Donovan, Clerk

By: Margaret Carter, Chief Deputy Clerk

[Certified copies to Hon. William G. Young and Ms. Sarah Thornton, Clerk, United States District Court for the District of Massachusetts. Copies to Mr. Rankin, Mr. Menken, Ms. Pellegrini, Mr. Hasib, Ms. Chaitowitz, & Mr. Kromm.]