# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**Criminal Action
No: <u>05-10001-WGY</u>**

**UNITED STATES**
**Plaintiff**

**v.**

**GREGORY WRIGHT**
**Defendant**

## ORDER

**YOUNG, D.J.**

**The case is hereby ordered reassigned.**

**By the Court,**

**/s/ Elizabeth Smith**

**Deputy Clerk**

**May 8, 2007**

**To: All Counsel**