```
                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION |
| v. | ) | |
| | ) | NO. 05-10001-GAO |
| GREGORY WRIGHT | ) | |

**GOVERNMENT'S MOTION TO CONTINUE STATUS CONFERENCE**

The government respectfully moves this Court to continue the status conference in the above-referenced case, currently scheduled for May 23, 2007. As reasons therefor, the government states that it intends to file a petition for clarification of the First Circuit's remand order in this case. United States v. Wright, __ F.3d __ (1st Cir. 2007). Specifically, the government will seek clarification from the First Circuit as to whether it intended that this case be remanded to the originally assigned district court. The government has until June 18, 2007 to file this petition. Order Dated May 18, 2007, (1st Cir. Docket No. 06-1351). The government respectfully requests this Court to continue this status conference until the First Circuit has ruled on the government's petition for clarification and determined which court should address the remand.

The government has consulted with counsel for the defendant, Charles W. Rankin, Esq., who concurs with this motion.

```
                              Respectfully submitted,
                              MICHAEL J. SULLIVAN
                              United States Attorney

                         By:  /s/S. Waqar Hasib
                              S. WAQAR HASIB
                              Assistant U.S. Attorney
```

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

>  /s/ S. Waqar Hasib
>  S. WAQAR HASIB
>  Assistant U.S. Attorney

May 22, 2007

**LOCAL RULE 7.1 CERTIFICATE**

I hereby certify that I have conferred with counsel for the defendant, who concurs with this motion.

>  /s/ S. Waqar Hasib
>  S. WAQAR HASIB
>  Assistant U.S. Attorney

May 22, 2007