05-10001

# United States Court of Appeals
## For the First Circuit

No. 06-1351

UNITED STATES OF AMERICA,

Appellee,

v.

GREGORY WRIGHT,

Defendant, Appellant.

CERTIFIED COPY
I HEREBY CERTIFY THIS DO:
IS A TRUE AND CORRECT C:
THE ORIGINAL ON FILE IN MY:
AND IN MY LEGAL CUSTO:

FIRST CIRCUIT COURT OF APPE:
BOSTON, MA

By: _____ Date: 6/7/6 7

FILED IN CLERK'S OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

2007 JUN -1 P 12: 54

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

[Hon. William G. Young, U.S. District Judge]

Before

Torruella, Circuit Judge,
Stahl, Senior Circuit Judge,
and Lipez, Circuit Judge.

**ORDER OF COURT**

Entered: June 7, 2007

The government has petitioned for rehearing, asking the panel to state expressly that it intended the further proceedings identified in its remand order to occur before the same district court that originally heard the case. We confirm that intent. We hereby amend the opinion, as reflected in the attached errata

sheet, and the petition for rehearing is otherwise denied.

By the Court:
Richard Cushing Donovan, Clerk.

By: _____
Margaret Carter, Chief Deputy Clerk

[Certified copies to Hon. William G. Young and Ms. Sarah Thornton, Clerk, United States District Court for the District of Massachusetts. Copies to Mr. Rankin, Mr. Menken, Ms. Pellegrini, Mr. Hasib, Ms. Chaitowitz, & Mr. Kromm.]

$05$-$1001$

# United States Court of Appeals
## For the First Circuit

No. 06-1351

UNITED STATES OF AMERICA,

Appellee,

v.

GREGORY WRIGHT,

Defendant, Appellant.

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

[Hon. William G. Young, U.S. District Judge]

Before

Torruella, Circuit Judge,
Stahl, Senior Circuit Judge,
and Lipez, Circuit Judge.

ERRATA

The opinion of this court issued on May 4, 2007, is amended, in section III, on page 20, line 5, by addition of the following text:

"Those proceedings should continue before the same district court judge who heard this case originally."