UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

---

CRIMINAL NO. 05-10001-WGY

---

UNITED STATES

v.

GREGORY R. WRIGHT

---

## DEFENDANT'S MOTION TO BE RETURNED TO DISTRICT FROM BUREAU OF PRISONS' CUSTODY

The defendant Gregory Wright moves the Court for an order directing that he be released from the custody of the Bureau of Prisons, and brought to this District by the Marshals Service. In support of this motion, the defendant states:

1. On January 30, 2006, the Court sentenced defendant to 70 months in custody. The defendant is presently incarcerated at USP Allenwood. The judgment in defendant's case was vacated on May 4, 2007 by the Court of Appeals, and the mandate issued on June 27, 2007. There presently is no authority for the defendant to be held in the custody of the Bureau of Prisons.

2. The defendant was detained before trial. He has no objection to being voluntarily detained in the custody of the Marshals Service without prejudice to a review of any order of detention.

WHEREFORE, the Court should order that the defendant (1) be discharged from the custody of the Bureau of Prisons forthwith, and (2) that the defendant be brought back to the

District of Massachusetts forthwith pursuant to an order of detention.

                                Respectfully submitted
                                The defendant Gregory Wright
                                By his counsel

                                /s/ Charles W. Rankin
                                _____
                                Charles W. Rankin
                                BBO No. 411780
                                Rankin & Sultan
                                151 Merrimac St., 2nd floor
                                Boston, MA 02114-4717
                                (617) 720-0011

August 9, 2007

## CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non participants on August 9, 2007.

                                /s/ Charles W. Rankin
                                _____
                                Charles W. Rankin