# UNITED STATES DISTRICT COURT

DISTRICT OF        MASSACHUSETTS

**APPEARANCE**

Case Number:    05-10001-WGY

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    the United States

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 10/01/07 | /s/Nadine Pellegrini |
| Date | Signature |

| | |
|---|---|
| Nadine Pellegrini | 545606 |
| Print Name | Bar Number |

Suite 9200
Address

| | | |
|---|---|---|
| Boston | MA | 02210 |
| City | State | Zip Code |

| | |
|---|---|
| 617-748-3115 | 617-748-951 |
| Phone Number | Fax Number |