UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CRIMINAL NO.: 05-10001-WGY |
| ) | |
| GREGORY WRIGHT, ) | |
| Defendant ) | |
| ) | |

**MOTION TO WITHDRAW**

The undersigned Assistant U.S. Attorney respectfully moves to withdraw from the above-referenced case.  As grounds therefore, undersigned states that he has been reassigned to the U.S. Attorney's Office for the Northern District of California.  As such, the case has been transferred to Assistant U.S. Attorney Nadine Pellegrini of the District of Massachusetts, who filed an appearance on October 1, 2007.  (Docket No. 90).

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney
Northern District of California

By:  /s/ S. Waqar Hasib
S. WAQAR HASIB
Assistant U.S. Attorney

Dated: October 2, 2007

CERTIFICATE OF SERVICE

I hereby certify I have caused a copy of the foregoing document to be served on counsel of record via electronic filing this 2nd day of October, 2007

/s/ S. Waqar Hasib
S. WAQAR HASIB
Assistant U.S. Attorney