UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 05-10001-WGY

_____

UNITED STATES

v.

GREGORY R. WRIGHT

_____

### DEFENDANT GREGORY R. WRIGHT'S MOTION FOR LEAVE TO OBTAIN TRANSCRIPT AT GOVERNMENT EXPENSE

Pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A(e), the defendant Gregory R. Wright, by his attorney, hereby moves the Court for leave to obtain a transcript of the proceedings at the suppression hearing before Judge William G. Young on October 19, 2007 at government expense. In support of this motion, the defendant states that a transcript of that hearing is necessary for the defendant's appeal.

The defendant is indigent and counsel has been appointed to represent him.

Respectfully submitted,
**GREGORY R. WRIGHT**
By his attorney,

  /s/ Charles W. Rankin
_____
Charles W. Rankin, BBO #411780
Rankin & Sultan
151 Merrimac St., 2nd floor
Boston, MA 02114-4717
(617) 720-0011

October 19, 2007

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non participants on October 19, 2007.

                                         /s/ Charles W. Rankin
                                         _____
                                         Charles W. Rankin