UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 05-10001-WGY

UNITED STATES

v.

GREGORY R. WRIGHT

**DEFENDANT'S SUPPLEMENTAL SENTENCING MEMORANDUM**

The defendant submits this supplemental sentencing memorandum to assist the Court in fashioning an appropriate sentence in this case. Since his incarceration with the Bureau of Prisons almost two years ago, the defendant has completed the following programs:

1. A 40 hour drug program;

2. Two parenting programs, each totaling 30 hours;

3. The defendant was in the midst of a third parenting program when he was brought back to the district because of the remand from the court of appeals;

4. A 30 hour Spanish as a Second Language program;

5. Eight courses through the Newport Business Institute, including the following 30 hour courses (These credits can be transferred to a community college):

    a. Accounting 101;

    b. Accounting 102;

    c. Professional development;

    d.    Sales Management;

    e.    Business Math;

    f.    Marketing;

    g.    Real Estate; and,

    h.    Business Law.

In addition, the defendant has been employed as a carpenter while incarcerated at Allenwood.

Respectfully submitted
The defendant Gregory Wright
By his counsel

/s/ Charles W. Rankin
_____
Charles W. Rankin
BBO No. 411780
Rankin & Sultan
151 Merrimac St., 2nd floor
Boston, MA 02114-4717
(617) 720-0011

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non participants on December 6, 2007.

/s/ Charles W. Rankin
_____
Charles W. Rankin