UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 05-10001-WGY

_____

UNITED STATES

v.

GREGORY R. WRIGHT

_____

**DEFENDANT'S MOTION FOR LEAVE TO
PROCEED IN FORMA PAUPERIS**

Pursuant to 18 U.S.C. § 1915, the defendant Gregory Wright moves that the Court permit him to proceed on appeal in forma pauperis. In support of this motion, the defendant states that counsel was appointed to represent him, that the defendant is incarcerated and has no funds available to pay for counsel, filing fees, or the other costs associated with appeal.

        Respectfully submitted,
        **GREGORY R. WRIGHT**
        By his attorney,

        /s/ Charles W. Rankin
        _____
        Charles W. Rankin, BBO #411780
        Rankin & Sultan
        151 Merrimac St., second floor
        Boston, MA 02114-4717
        (617) 720-0011

December 13, 2007

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non participants on December 13, 2007.

      /s/ Charles W. Rankin
      _____
      Charles W. Rankin