UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 05-10001-WGY

UNITED STATES

v.

GREGORY R. WRIGHT

**NOTICE OF APPEAL**

Pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure, the defendant Gregory Wright appeals to the United States Court of Appeals for the First Circuit from the Judgment dated December 11, 2007, and from the denial of his motion to suppress evidence, which was preserved for appellate review pursuant to Rule 11(a)(2) of the Federal Rules of Criminal Procedure.

        Respectfully submitted
        The defendant Gregory Wright
        By his counsel

        /s/ Charles W. Rankin
        _____
        Charles W. Rankin
        BBO No. 411780
        Rankin & Sultan
        151 Merrimac St., 2nd floor
        Boston, MA 02114-4717
        (617) 720-0011

December 13, 2007

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non participants on December 13, 2007.

                        /s/ Charles W. Rankin
                        _____
                        Charles W. Rankin