## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cr-10001

United States of America

v.

Gregory R. Wright

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-3, 5-17, 19-28, 31-38, 40-44, 46-59, 62-65, 67-71, 73-96, 98-102 SEALED DOCUMENT Statement of Reasons

and contained in I-III Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 12/13/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on January 8, 2008.

Sarah A. Thornton, Clerk of Court

By: _____

Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: __1/8/0 8__ .

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL, REMAND

# United States District Court
## District of Massachusetts (Boston)
## CRIMINAL DOCKET FOR CASE #: 1:05-cr-10001-WGY-1

Case title: USA v. Wright

Date Filed: 01/05/2005
Date Terminated: 01/31/2006

Assigned to: Judge William G. Young

Appeals court case number: 06-1351
First Circuit

### Defendant (1)

**Gregory Wright**
*TERMINATED: 01/31/2006*

represented by **Charles W. Rankin**
Rankin & Sultan
151 Merrimac Street
Second Floor
Boston, MA 02114-4717
617-720-0011
Fax: 617-742-0701
Email: crankin@rankin-sultan.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

### Pending Counts

18:922(g)(1) - FELON IN
POSSESSION OF FIREARM AND
AMMUNITION
(1)

### Disposition

The defendant is committed to the
custody of the BOP for 60 months with
a recommendation that the last 6
months be served in a halfway house.
Following his release the defendant is to
serve 3 years of supervised release with
special conditions. No fine. Special
Assessment of $100.

### Highest Offense Level (Opening)

Felony

### Terminated Counts

None

### Disposition

## Highest Offense Level (Terminated)

None

## Complaints                                            Disposition

None

---

## Plaintiff

**USA**                                    represented by **Nadine Pellegrini**
United States Attorney's Office
John Joseph Moakley Federal
Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3107
Fax: 617-748-3951
Email: nadine.pellegrini@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**S. Waqar Hasib**
United States Attorney's Office
Suite 9200
1 Courthouse Way
Boston, MA 02210
617-748-3764
Fax: 617-748-3951
Email: waqar.hasib@usdoj.gov
*TERMINATED: 10/04/2007*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 01/05/2005 | 1 | INDICTMENT as to Gregory Wright (1) count(s) 1. (Gawlik, Cathy) (Entered: 01/05/2005) |
| 01/05/2005 | 2 | Judge William G. Young : ORDER entered. ORDER REFERRING CASE to Magistrate Judge Robert B. Collings Reason for referral: Arraignment and Bail ONLY as to Gregory Wright (Gawlik, Cathy) (Entered: 01/05/2005) |
| 01/07/2005 | 3 | Writ of Habeas Corpus ad Prosequendum Issued as to Gregory Wright for 1/13/2005 @ 10:30 AM. (Russo, Noreen) (Entered: 01/07/2005) |
| 01/13/2005 |  | ElectronicClerk's Notes for proceedings held before Magistrate Judge Robert B. Collings :Initial Appearance as to Gregory Wright held on 1/13/2005. Nadine Pellegrini for Gov't, Charles Rankin with Mr. Wright. Pretrial Services. Max Penalties, charges and rights read to Def't. Def't |

| | | |
|---|---|---|
| | | indicates unable to afford an attorney. Court finds that Def't is unable to afford an attorney and will appoint CJA Attorney Rankin. Arraignment held at same hearing. Court to forward case to Judge Young's session for initial status conf. date. Gov't moves for detention under US v. King. Def't requests detention hearing Friday January 21, 2005 @ 11:00 am. (Tape # Digital Recording.) (Russo, Noreen) (Entered: 01/13/2005) |
| 01/13/2005 | ❏ | ElectronicClerk's Notes for proceedings held before Magistrate Judge Robert B. Collings :Arraignment as to Gregory Wright (1) Count 1 held on 1/13/2005. Nadine Pellegrini for Gov't, Charles Rankin with Mr. Wright. Pretrial Services. Def't pleads not guilty on all charges. Initial Status Conf. to be set down by Judge Young's session. (Tape # Digital Recording) (Russo, Noreen) (Entered: 01/13/2005) |
| 01/13/2005 | ❏5 | Writ of Habeas Corpus ad Prosequendum Issued as to Gregory Wright for 1/21/2005 @ 11:00 AM. (Russo, Noreen) (Entered: 01/13/2005) |
| 01/13/2005 | ❏6 | MOTION Supplement Basis for Detention as to Gregory Wrightby USA. (Pellegrini, Nadine) (Entered: 01/13/2005) |
| 01/13/2005 | ❏8 | WAIVER of Rights Under Interstate Agreement on Detainers by Gregory Wright. (Russo, Noreen) (Entered: 01/18/2005) |
| 01/13/2005 | ❏9 | Magistrate Judge Robert B. Collings : MEMORANDUM AND ORDER entered as to Gregory Wright. (Russo, Noreen) (Entered: 01/24/2005) |
| 01/13/2005 | ❏11 | Magistrate Judge Robert B. Collings : ORDER entered. CJA 20 as to Gregory Wright: Appointment of Attorney Charles W. Rankin for Gregory Wright. (Russo, Noreen) (Entered: 01/31/2005) |
| 01/18/2005 | ❏7 | NOTICE OF HEARING as to Gregory Wright Scheduling Conference set for 2/24/2005 02:00 PM in Courtroom 18 before Chief Judge William G. Young. (Smith, Bonnie) (Entered: 01/18/2005) |
| 01/18/2005 | ❏ | NOTICE OF RESCHEDULING as to Gregory Wright Scheduling Conference set for 2/17/2005 02:00 PM in Courtroom 18 before Chief Judge William G. Young. (Smith, Bonnie) (Entered: 01/18/2005) |
| 01/27/2005 | ❏ | Electronic NOTICE OF HEARING as to Gregory Wright Detention Hearing set for 2/4/2005 @ 11:00 AM in Courtroom 14 before Magistrate Judge Robert B. Collings. (Russo, Noreen) (Entered: 01/27/2005) |
| 01/27/2005 | ❏10 | Writ of Habeas Corpus ad Prosequendum Issued as to Gregory Wright for 2/4/2005 @ 11:00 AM (Russo, Noreen) (Entered: 01/27/2005) |
| 02/04/2005 | ❏ | Electronic Clerk's Notes for proceedings held before Magistrate Judge Robert B. Collings :Detention Hearing as to Gregory Wright held on 2/4/2005. N. Pellegrini, for Gov't, C. Rankin for Def't, Pretrial Services. Agent Rudiniki, ATF Agent, is sworn as witness 1. Direct by Gov't, Cross by Attorney Rankin, no redirect. No further evidence by Gov't or Def't. Deft to be released from State Custody on April 14th. Att. Rankin requests that Def't be retained at a drug facility as proposed conditions of release. Court will issue an order of det. Once released and brought back |

| | | |
|---|---|---|
| | | to Fed Custody, Attorney Rankin to file motion re conditions, and court will look at it at that time. Court will have pretrial make recommendation at that time. Court detains Def't. (Tape # Digital Recording.) (Russo, Noreen) (Entered: 02/04/2005) |
| 02/04/2005 | ❏ | Magistrate Judge Robert B. Collings : Electronic ORDER entered granting 6 Gov't Motion Requesting Permission to Supplement Basis for Requested Detention as to Gregory Wright (1). "Allowed, no opposition having been filed." (Russo, Noreen) (Entered: 02/07/2005) |
| 02/04/2005 | ❏ | Case as to Gregory Wright no longer referred to Magistrate Judge Robert B. Collings. (Russo, Noreen). (Entered: 08/15/2005) |
| 02/07/2005 | ❏ 12 | Magistrate Judge Robert B. Collings : ORDER entered. MEMORANDUM AND ORDER OF DETENTION PURSUANT TO 18 U.S.C. s. 3142 (e) as to Gregory Wright. (Russo, Noreen) (Entered: 02/07/2005) |
| 02/11/2005 | ❏ 13 | EX PARTE MOTION for transcripts as to Gregory Wright. (Bell, Marie) (Entered: 02/11/2005) |
| 02/11/2005 | ❏ 14 | EX PARTE MOTION for Investigative Services as to Gregory Wright. (Bell, Marie) (Entered: 02/11/2005) |
| 02/11/2005 | ❏ 15 | EX PARTE MOTION for Order as to Gregory Wright. (Bell, Marie) (Entered: 02/11/2005) |
| 02/11/2005 | ❏ 16 | EX PARTE MOTION for transcripts as to Gregory Wright. (Bell, Marie) (Entered: 02/11/2005) |
| 02/16/2005 | ❏ | Judge William G. Young : Electronic ORDER entered granting 13 Ex Parte Motion for Transcripts as to Gregory Wright (1). cc: Charles W. Rankin (Bell, Marie) (Entered: 02/17/2005) |
| 02/16/2005 | ❏ | Judge William G. Young : Electronic ORDER entered granting 14 Ex Parte Motion for Investigative Funds as to Gregory Wright (1). cc: Charles Rankin. (Bell, Marie) (Entered: 02/17/2005) |
| 02/16/2005 | ❏ | Judge William G. Young : Electronic ORDER entered granting 15 Ex Parte Motion for Order as to Gregory Wright (1). cc: Charles Rankin. (Bell, Marie) (Entered: 02/17/2005) |
| 02/16/2005 | ❏ 17 | Judge William G. Young : ORDER entered. as to Gregory Wright re 15 Ex Parte MOTION for Order filed by Gregory Wright. cc: Charles Rankin (Bell, Marie) (Entered: 02/17/2005) |
| 02/16/2005 | ❏ 18 | Judge William G. Young : ORDER (#2) entered. as to Gregory Wright re 15 Ex Parte MOTION for Order filed by Gregory Wright. cc: Charles Rankin. (Bell, Marie) (Entered: 02/17/2005) |
| 02/16/2005 | ❏ | Judge William G. Young : Electronic ORDER entered granting 16 Ex Parte Motion for Transcripts as to Gregory Wright (1). cc: Charles Rankin (Bell, Marie) (Entered: 02/17/2005) |
| 02/17/2005 | ❏ | Electronic Clerk's Notes for proceedings held before Judge William G. |

| | | Young :Scheduling Conference as to Gregory Wright held on 2/17/2005 Court sets trial date for 5/16/05. final pretrial Conference set for 4/11/05.Scheduling Order to issue. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 02/18/2005) |
|---|---|---|
| 02/18/2005 | 19 | Judge William G. Young : ORDER entered. SCHEDULING ORDER as to Gregory Wright Jury Trial set for 5/16/2005 09:00 AM in Courtroom 18 before Chief Judge William G. Young.Final Pretrial Conference set for 4/11/2005 02:00 PM in Courtroom 12 before Chief Judge William G. Young. (Smith, Bonnie) (Entered: 02/18/2005) |
| 03/16/2005 | 20 | TRANSCRIPT of Proceedings as to Gregory Wright held on February 4, 2005 before Judge Collings. Tape Transcribed by Maryann Young. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting Maryann Young at 508/384-2003 or the Clerk's Office. (Scalfani, Deborah) (Entered: 03/16/2005) |
| 04/04/2005 | 21 | MOTION to Suppress Evidence Obtained from Warrantless Searchas to Gregory Wright. c/s. (Bell, Marie) (Entered: 04/04/2005) |
| 04/04/2005 | 22 | AFFIDAVIT in Support of Charles W. Rankin; by Gregory Wright re 21 MOTION to Suppress (Attachments: # 1 Exhibit 1)(Bell, Marie) (Entered: 04/04/2005) |
| 04/04/2005 | 23 | AFFIDAVIT in Support of Gregory Wright re 21 MOTION to Suppress (Bell, Marie) (Entered: 04/04/2005) |
| 04/04/2005 | 24 | Letter regarding Discovery as to Gregory Wright (Bell, Marie) (Entered: 04/04/2005) |
| 04/05/2005 | ❏ | NOTICE OF HEARING ON MOTION as to Gregory Wright Motion Hearing set for 5/11/2005 02:00 PM in Courtroom 18 before Chief Judge William G. Young. (Smith, Bonnie) (Entered: 04/05/2005) |
| 04/11/2005 | ❏ | Electronic Clerk's Notes for proceedings held before Judge William G. Young :Pretrial Conference as to Gregory Wright held on 4/11/2005 trial set for 5/16/05. Suppression hearing set for 5/11/05 at 2:00. Pretrial order to issue. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 04/11/2005) |
| 04/11/2005 | 25 | Judge William G. Young : Electronic ORDER entered. PRETRIAL ORDER as to Gregory Wright Time excluded from 4/11/05 until 5/16/05. Evidentiary Hearing set for 5/11/2005 02:00 PM in Courtroom 18 before Chief Judge William G. Young. Jury Trial set for 5/16/2005 09:00 AM in Courtroom 21 before Chief Judge William G. Young. (Smith, Bonnie) (Entered: 04/11/2005) |
| 04/15/2005 | 26 | MEMORANDUM in Opposition by USA as to Gregory Wright re 21 MOTION to Suppress (Attachments: # 1 Affidavit Affidavit)(Pellegrini, Nadine) (Entered: 04/15/2005) |
| 04/15/2005 | 27 | Arrest Warrant Returned Executed on 4/13/05. as to Gregory Wright. (Bell, Marie) (Entered: 04/18/2005) |

| 04/21/2005 | ●28 | EX PARTE MOTION NUMBER FIVE as to Gregory Wright. (Smith3, Dianne) (Entered: 04/22/2005) |
|---|---|---|
| 04/21/2005 | ●29 | copy of Letter dated 4/11/05 (non-motion) regarding DISCOVERY as to Gregory Wright (Smith3, Dianne) (Entered: 04/22/2005) |
| 04/26/2005 | ●30 | Judge William G. Young : Electronic ORDER entered granting 28 Motion as to Gregory Wright (1) (Smith, Bonnie) (Entered: 04/26/2005) |
| 05/09/2005 | ●31 | EXHIBIT/WITNESS LIST by USA as to Gregory Wright (Hasib, S.) (Entered: 05/09/2005) |
| 05/09/2005 | ●32 | EXHIBIT/WITNESS LIST by USA as to Gregory Wright (Hasib, S.) (Entered: 05/09/2005) |
| 05/10/2005 | ●33 | MOTION to Continue *Hearing on Motion to Suppress* as to Gregory Wright. (Rankin, Charles) (Entered: 05/10/2005) |
| 05/10/2005 | ●34 | AFFIDAVIT in Support of Gregory Wright; by Gregory Wright re 33 MOTION to Continue *Hearing on Motion to Suppress* (Rankin, Charles) (Entered: 05/10/2005) |
| 05/17/2005 | ● | NOTICE OF RESCHEDULING of Hearing on the Motion to Suppress as to Gregory Wright Evidentiary Hearing set for 6/10/2005 02:00 PM in Courtroom 18 before Chief Judge William G. Young. (Smith, Bonnie) (Entered: 05/17/2005) |
| 06/07/2005 | ●35 | MOTION for Order *Directing Production of Records by the Boston Police Department* as to Gregory Wright. (Rankin, Charles) (Entered: 06/07/2005) |
| 06/07/2005 | ●36 | AFFIDAVIT of Counsel Michelle Menken in Support of by Gregory Wright 35 MOTION for Order *Directing Production of Records by the Boston Police Department* filed by Gregory Wright, (Rankin, Charles) (Entered: 06/07/2005) |
| 06/07/2005 | ●37 | PROPOSED ORDER(S) submitted by Gregory Wright (Rankin, Charles) (Entered: 06/07/2005) |
| 06/07/2005 | ● | Judge William G. Young : Electronic ORDER entered granting 35 Motion for Order as to Gregory Wright (1) (Smith, Bonnie) (Entered: 06/07/2005) |
| 06/07/2005 | ●38 | Judge William G. Young : Electronic ORDER entered. as to Gregory Wright re 35 MOTION for Order *Directing Production of Records by the Boston Police Department* filed by Gregory Wright, (Smith, Bonnie) (Entered: 06/07/2005) |
| 06/08/2005 | ●39 | *****SEALED DOCUMENT*****EX PARTE MOTION as to Gregory Wrightby USA. (Bell, Marie) (Entered: 06/09/2005) |
| 06/09/2005 | ●40 | Letter (non-motion) regarding Discovery Letter as to Gregory Wright (Rankin, Charles) (Entered: 06/09/2005) |
| 06/09/2005 | ●41 | Letter (non-motion) regarding Discovery request as to Gregory Wright |

| | | (Pellegrini, Nadine) (Entered: 06/09/2005) |
|---|---|---|
| 06/10/2005 | ❹42 | MOTION to Compel *Government to Produce Documents Regarding Boston Police Officer Gregory Brown* as to Gregory Wright. (Rankin, Charles) (Entered: 06/10/2005) |
| 06/10/2005 | ❹43 | NOTICE OF ATTORNEY APPEARANCE S. Waqar Hasib appearing for USA. (Hasib, S.) (Entered: 06/10/2005) |
| 06/10/2005 | ❸ | Judge William G. Young : Electronic ORDER entered finding as moot 42 Motion to Compel as to Gregory Wright (1) (Smith, Bonnie) (Entered: 06/10/2005) |
| 06/10/2005 | ❸ | Motions terminated as to Gregory Wright: 33 MOTION to Continue *Hearing on Motion to Suppress* filed by Gregory Wright,, 39 MOTION for Protective Order filed by USA,. (Smith, Bonnie) (Entered: 06/10/2005) |
| 06/10/2005 | ❸ | Electronic Clerk's Notes for proceedings held before Judge William G. Young :Motion Hearing as to Gregory Wright held on 6/10/2005 re 21 MOTION to Suppress filed by Gregory Wright, Court hears argument on Motion to Compel...Court orders information to be shared with client only. Govt evidence commences. Hearing does not conclude and is continued to July 18, 2005 at 2:30. Evidentiary Hearing set for 7/18/2005 02:30 PM before Chief Judge William G. Young. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 06/13/2005) |
| 06/13/2005 | ❹44 | MOTION for Order *for Preparation of Transcript* as to Gregory Wright. (Rankin, Charles) (Entered: 06/13/2005) |
| 06/14/2005 | ❸ | Judge William G. Young : Electronic ORDER entered granting 44 Motion for Order For Preparation of Transcript as to Gregory Wright (1). cc/cl. (Bell, Marie) (Entered: 06/14/2005) |
| 06/15/2005 | ❹45 | Ex Parte MOTION for Authorization of Services or Funds as to Gregory Wright. (Smith, Bonnie) (Entered: 06/16/2005) |
| 06/16/2005 | ❸ | Judge William G. Young : Electronic ORDER entered granting 45 Motion Number 6 for Authorization of Services or Funds as to Gregory Wright (1) (Smith, Bonnie) (Entered: 06/16/2005) |
| 06/24/2005 | ❹46 | TRANSCRIPT of Proceedings as to Gregory Wright held on 6/10/05 before Judge YOUNG. Court Reporter: WOMACK. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter or the Clerk's Office. (Smith, Bonnie) (Entered: 06/24/2005) |
| 07/13/2005 | ❹47 | MOTION for Order *Relative to Subpoenas* as to Gregory Wright. (Attachments: # 1 Text of Proposed Order Proposed Order)(Rankin, Charles) (Entered: 07/13/2005) |
| 07/13/2005 | ❸ | Judge William G. Young : Electronic ORDER entered granting 47 Motion for Order as to Gregory Wright (1) (Smith, Bonnie) (Entered: 07/13/2005) |

| | | |
|---|---|---|
| 07/13/2005 | 48 | Judge William G. Young : Electronic ORDER entered. as to Gregory Wright re 47 MOTION for Order *Relative to Subpoenas* filed by Gregory Wright, (Smith, Bonnie) (Entered: 07/13/2005) |
| 07/18/2005 | | Electronic Clerk's Notes for proceedings held before Judge William G. Young :Motion Hearing as to Gregory Wright held on 7/18/2005 re 21 MOTION to Suppress filed by Gregory Wright, Motion to Quash subpoena filed by City of Boston Police Dept. Argument heard.After hearing the court orders the materials in question turned over to the court for in camera review. Govt. Evidence continues. Govt. Rests. Defense evidence commences. Defense Rests. Final arguments set for: 7/27/2005 03:00 PM in Courtroom 18 before Chief Judge William G. Young. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 07/19/2005) |
| 07/19/2005 | 49 | MOTION for transcripts at government expense as to Gregory Wright. (Rankin, Charles) (Entered: 07/19/2005) |
| 07/20/2005 | 50 | RESPONSE TO COURT ORDER by USA as to Gregory Wright (Attachments: # 1 Attachment A - BPD Report# 2 Attachment B - BPD Report# 3 Attachment C - affidavit# 4 Attachment D - Agent's notes) (Hasib, S.) (Entered: 07/20/2005) |
| 07/20/2005 | | Judge William G. Young : Electronic ORDER entered granting 49 Motion for Transcript at Government Expense as to Gregory Wright (1). cc/cl. (Bell, Marie) (Entered: 07/21/2005) |
| 07/22/2005 | 51 | TRANSCRIPT of Proceedings as to Gregory Wright held on 7/18/05 before Judge Young. Court Reporter: Womack. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at www.donwomack.com or the Clerk's Office. (Smith, Bonnie) (Entered: 07/22/2005) |
| 07/26/2005 | 52 | MEMORANDUM in Opposition by Gregory Wright re 47 MOTION for Order *Relative to Subpoenas and Response to Boston Police Department's Motion to Quash and to Court's Request for Briefing* (Rankin, Charles) (Entered: 07/26/2005) |
| 07/26/2005 | 53 | First MEMORANDUM in Opposition by USA as to Gregory Wright re 35 MOTION for Order *Directing Production of Records by the Boston Police Department* (Attachments: # 1 Supplement statute)(Pellegrini, Nadine) (Entered: 07/26/2005) |
| 07/26/2005 | 54 | First MEMORANDUM in Opposition by USA as to Gregory Wright re 21 MOTION to Suppress (Hasib, S.) (Entered: 07/26/2005) |
| 07/27/2005 | 55 | AFFIDAVIT of Charles W. Rankin by Gregory Wright 21 MOTION to Suppress filed by Gregory Wright, (Rankin, Charles) (Entered: 07/27/2005) |
| 07/27/2005 | 56 | MOTION for Hearing *to Recall Two Witnesses* as to Gregory Wright. (Rankin, Charles) (Entered: 07/27/2005) |
| 07/27/2005 | | Electronic Clerk's Notes for proceedings held before Judge William G. Young :Motion Hearing as to Gregory Wright held on 7/27/2005 re 21 |

| | | MOTION to Suppress filed by Gregory Wright, Court hears final argument. After hearing the court continues the hearing in order to recall Ms Rudnicki to the stand. Further hearing set for 2:30 7/28/05 (Court Reporter Womack.) (Smith, Bonnie) (Entered: 07/28/2005) |
|---|---|---|
| 07/28/2005 | 57 | TRANSCRIPT of Proceedings as to Gregory Wright held on July 27, 2005 before Judge Young. Court Reporter: Donald Womack. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter or the Clerk's Office at www.donwomack.com (Bell, Marie) (Entered: 07/28/2005) |
| 07/29/2005 | ❍ | Electronic Clerk's Notes for proceedings held before Judge William G. Young :Motion Hearing as to Gregory Wright held on 7/29/2005 re 21 MOTION to Suppress filed by Gregory Wright,, 56 MOTION for Hearing *to Recall Two Witnesses* filed by Gregory Wright,, Motions terminated as toGregory Wright: Defense recalls Agent Rudnicki. Defendant Rest. Court makes findings of fact and conclusions of law. The motion to Suppress is DENIED TheCourt sets further conference. Pretrial Conference set for 9/22/2005 02:00 PM in Courtroom 18 before Chief Judge William G. Young. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 08/24/2005) |
| 08/24/2005 | 58 | TRANSCRIPT of Proceedings as to Gregory Wright held on 7/29/05 before Judge Young. Court Reporter: Womack. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at womack@megatran.com or the Clerk's Office. (Smith, Bonnie) (Entered: 08/24/2005) |
| 09/27/2005 | ❍ | ElectronicClerk's Notes for proceedings held before Judge William G. Young :Change of Plea Hearing as to Gregory Wright held on 9/27/2005. Defendant Sworn. Defendant files a notice of reservation of right to appeal. Court conducts plea colloquy. After hearing the Court accepts the plea of Guilty conditioned on the review by the First Circuit on the denial of the Suppression Motion. Plea entered by Gregory Wright (1) Guilty Count 1. Sentencing set for Jan. 11, 2006 at 2PM (Court Reporter Womack.) (Smith, Bonnie) (Entered: 09/28/2005) |
| 09/27/2005 | 60 | Reservation of Right to Appeal by Gregory Wright (Bell, Marie) (Entered: 09/28/2005) |
| 09/28/2005 | 59 | Judge William G. Young : ElectronicORDER entered. PROCEDURAL ORDER re sentencing hearing as to Gregory Wright Sentencing set for 1/11/2006 02:00 PM in Courtroom 18 before Chief Judge William G. Young. (Smith, Bonnie) (Entered: 09/28/2005) |
| 09/30/2005 | 61 | EX PARTE MOTION for Authorization of Services or Funds as to Gregory Wright. (Bell, Marie) (Entered: 10/03/2005) |
| 10/03/2005 | ❍ | Judge William G. Young : ElectronicORDER entered granting 61 EX PARTE Motion for Authorization of Services or Funds as to Gregory Wright (1). cc/cl. (Bell, Marie) (Entered: 10/04/2005) |
| 10/05/2005 | 62 | City of Boston Police Department's MOTION to Quash Subpoena as to |

| | | |
|---|---|---|
| | | Gregory Wright. (Bell, Marie) (Entered: 10/05/2005) |
| 10/05/2005 | 63 | MEMORANDUM in Support re 62 MOTION to Quash Subpoena (Attachments: # 1 Exhibit A)(Bell, Marie) ). (Entered: 10/05/2005) |
| 10/05/2005 | | Judge William G. Young : ElectronicORDER entered finding as moot 62 Motion to Quash Subpoena as to Gregory Wright (1). cc/cl. (Bell, Marie) (Entered: 10/05/2005) |
| 10/25/2005 | 64 | NOTICE of Change of Address of Counsel by Gregory Wright (Rankin, Charles) (Entered: 10/25/2005) |
| 12/19/2005 | 65 | EX PARTE MOTION for Funds as to Gregory Wright. (Smith, Bonnie) (Entered: 12/19/2005) |
| 12/19/2005 | | Judge William G. Young : Electronic ORDER entered granting 65 Motion for Funds as to Gregory Wright (1) (Smith, Bonnie) (Entered: 12/19/2005) |
| 01/05/2006 | | NOTICE OF RESCHEDULING as to Gregory Wright Sentencing reset for 1/30/2006 02:00 PM in Courtroom 18 before Judge William G. Young. (Smith, Bonnie) (Entered: 01/05/2006) |
| 01/05/2006 | 66 | Defendent Gregory R. Wright's Ex Parte Motion Number Eight. Supplemental Motion for Authorization for Neccessary Funds. (Paine, Matthew) (Entered: 01/06/2006) |
| 01/09/2006 | | Judge William G. Young : ORDER entered granting 66 Ex Parte Motion Number Eight. (Paine, Matthew) (Entered: 01/09/2006) |
| 01/28/2006 | 67 | SENTENCING MEMORANDUM by Gregory Wright (Rankin, Charles) (Entered: 01/28/2006) |
| 01/30/2006 | 68 | MOTION for Leave to Proceed In Forma Pauperis as to Gregory Wright. (Rankin, Charles) (Entered: 01/30/2006) |
| 01/30/2006 | 69 | MOTION for transcripts at government expense as to Gregory Wright. (Rankin, Charles) (Entered: 01/30/2006) |
| 01/30/2006 | 70 | NOTICE OF APPEAL by Gregory Wright NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 2/21/2006. (Rankin, Charles) (Entered: 01/30/2006) |
| 01/30/2006 | | ElectronicClerk's Notes for proceedings held before Judge William G. Young :Sentencing held on 1/30/2006 for Gregory Wright (1), Count(s) 1, After hearing the court imposes the following sentence:The defendant is committed to the custody of the BOP for 70 months with a recommendation that the last 6 months be served in a halfway house. Following his release the defendant is to serve 3 years of supervised release with special conditions. No fine. Special Assessment of $100..The defendant is notified of the right to appeal. The defendant is |

| | | |
|---|---|---|
| | | remanded to custody. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 01/31/2006) |
| 01/31/2006 | 🗐71 | Judge William G. Young : ORDER entered. JUDGMENT as to Gregory Wright (1), Count(s) 1, The defendant is committed to the custody of the BOP for 70 months with a recommendation that the last 6 months be served in a halfway house. Following his release the defendant is to serve 3 years of supervised release with special conditions. No fine. Special Assessment of $100. (Attachments: # 1 transcript) (Smith, Bonnie) (Entered: 01/31/2006) |
| 02/01/2006 | 🗐 | Judge William G. Young : Electronic ORDER entered. As to Gregory Wright re 68 MOTION for Leave to Proceed In Forma Pauperis is ALLOWED. (Paine, Matthew) (Entered: 02/01/2006) |
| 02/01/2006 | 🗐 | Judge William G. Young : Electronic ORDER entered. As to Gregory Wright re 69 MOTION for transcripts at government expense is ALLOWED. (Paine, Matthew) (Entered: 02/01/2006) |
| 02/01/2006 | 🗐72 | EX PARTE MOTION of Defendent Gregory R. Wright for Leave to Obtain Payment for Service of Subpoenas. (Please note original docket entry was deleted due to a data entry error by court staff.) . (Paine, Matthew) (Entered: 02/02/2006) |
| 02/02/2006 | 🗐 | Judge William G. Young : Electronic ORDER entered. Granting 72 EX PARTE MOTION of Defendent Gregory R. Wright for Leave to Obtain Payment for Service of Subpoenas. (Paine, Matthew) (Entered: 02/02/2006) |
| 02/06/2006 | 🗐73 | TRANSCRIPT of Proceedings as to Gregory Wright held on 1/30/06 before Judge Young. Court Reporter: Womack. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at womack@megatran.com or the Clerk's Office. (Smith, Bonnie) (Entered: 02/06/2006) |
| 02/09/2006 | 🗐74 | MOTION for Judicial Recommendation to Bureau of Prisons as to Gregory Wright. (Rankin, Charles) (Entered: 02/09/2006) |
| 02/10/2006 | 🗐 | Judge William G. Young : Electronic ORDER entered GRANTING 74 Motion for Judicial Recommendation to Bureau of Prisons as to Gregory Wright. (Paine, Matthew) (Entered: 02/10/2006) |
| 02/23/2006 | 🗐75 | Certified and Transmitted Record on Appeal as to Gregory Wright to US Court of Appeals re 70 Notice of Appeal, (Ramos, Jeanette) (Entered: 02/23/2006) |
| 02/28/2006 | 🗐76 | USCA Case Number as to Gregory Wright 06-1351 for 70 Notice of Appeal, filed by Gregory Wright,. (Gawlik, Cathy) (Entered: 02/28/2006) |
| 03/07/2006 | 🗐77 | MOTION for transcripts at government expense as to Gregory Wright. (Rankin, Charles) (Entered: 03/07/2006) |
| 03/10/2006 | 🗐 | Judge William G. Young : Electronic ORDER entered re 77 Motion for Transcript at Government Expense as to Gregory Wright is DENIED. |

| | | |
|---|---|---|
| | | "There was no hearing on August 24, 2005. This order is without prejudice to its renewal as to any intranscribed portion of this case." (Paine, Matthew) (Entered: 03/13/2006) |
| 03/15/2006 | 78 | TRANSCRIPT of Pretrial Conference as to Gregory Wright held on February 17, 2005 before Judge Young. Court Reporter: Donald E. Womack. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter or the Clerk's Office. (Scalfani, Deborah) (Entered: 03/15/2006) |
| 03/15/2006 | 79 | Transmitted Supplemental Record on Appeal as to Gregory Wright re 70 Notice of Appeal, Documents included: 78 (Scalfani, Deborah) (Entered: 03/15/2006) |
| 04/11/2006 | 80 | Judgment Returned Executed as to Gregory Wright on 3/29/2006. (Paine, Matthew) (Entered: 04/12/2006) |
| 05/07/2007 | 81 | JUDGMENT of USCA (certified copy) as to Gregory Wright re 70 Notice of Appeal. Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is vacated, and the matter is remanded for further proceedings consistent with opinion issued this day. (Judgment entered in the USCA 5/4/2007) (Ramos, Jeanette) (Entered: 05/07/2007) |
| 05/07/2007 | 82 | OPINION of USCA as to Gregory Wright re 70 Notice of Appeal, (Ramos, Jeanette) (Entered: 05/07/2007) |
| 05/08/2007 | 83 | Judge William G. Young : ORDER to Reassign the case entered. as to Gregory Wright (Smith, Bonnie) (Entered: 05/08/2007) |
| 05/11/2007 | 84 | Case as to Gregory Wright Reassigned to Judge George A. O'Toole, Jr. Judge William G. Young no longer assigned to the case. (Paine, Matthew) (Entered: 05/11/2007) |
| 05/16/2007 | ❏ | ELECTRONIC NOTICE OF HEARING as to Gregory Wright Status Conference set for 5/23/2007 02:00 PM in Courtroom 9 before Judge George A. O'Toole Jr.. Please mark your calendars accordingly. (Lyness, Paul) (Entered: 05/16/2007) |
| 05/22/2007 | 85 | MOTION to Continue as to Gregory Wrightby USA. (Hasib, S.) (Entered: 05/22/2007) |
| 05/23/2007 | ❏ | Judge George A. O'Toole Jr.: Electronic ORDER entered denying 85 Motion to Continue as to Gregory Wright (1) (Lyness, Paul) (Entered: 05/23/2007) |
| 05/23/2007 | ❏ | Electronic Clerk's Notes for proceedings held before Judge George A. O'Toole Jr.:Status Conference as to Gregory Wright held on 5/23/2007. The court to await the ruling from the 1st Circuit on the government's petition for rehearing. (Court Reporter Shelly Killian.)(Lyness, Paul) (Entered: 05/23/2007) |
| 06/08/2007 | 86 | ORDER of USCA (certified copy) as to Gregory Wright re 70 Notice of Appeal. The government has petitioned for rehearing, asking the panel to |

| | | state expressly that it intended the further proceedings identified in its remand order to occur before the same district court that originally heard the case. We hereby amend the opinion, as reflected in the attached errata sheet, and the petition for rehearing is otherwise denied. (Order issued in the USCA 6/7/2007) (Ramos, Jeanette) Additional attachment(s) added on 6/8/2007 (Ramos, Jeanette). (Entered: 06/08/2007) |
|---|---|---|
| 06/27/2007 | 87 | MANDATE of USCA (certified copy) as to Gregory Wright re 70 Notice of Appeal. Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is vacated and the matter remanded for further proceedings consistent with the opinion issued this day. (Mandate entered in the USCA 6/27/2007) (Ramos, Jeanette) (Entered: 06/27/2007) |
| 06/28/2007 | ❏ | Judge George A. O'Toole Jr.: ElectronicORDER entered. ORDER REASSIGNING CASE/DEFENDANT as to Gregory Wright. In accordance with the order of the Court of Appeals entered June 7, 2007, this case is reassigned to Judge William G. Young for all further proceedings. Judge George A. O'Toole, Jr is no longer assigned to case. (O'Toole, George) (Entered: 06/28/2007) |
| 06/29/2007 | ❏ | ELECTRONIC NOTICE OF HEARING as to Gregory WrightHearing set for 9/14/2007 02:00 PM in Courtroom 18 before Judge William G. Young. (Smith, Bonnie) (Entered: 06/29/2007) |
| 06/29/2007 | ❏ | Appeal Record Returned as to Gregory Wright: (Ramos. Jeanette) (Entered: 06/29/2007) |
| 08/09/2007 | 88 | MOTION to be Returned to District from Bureau of Prisons' Custody as to Gregory Wright. (Rankin, Charles) (Entered: 08/09/2007) |
| 08/27/2007 | ❏ | ELECTRONIC NOTICE OF RESCHEDULING as to Gregory Wright Hearing reset for Friday 9/28/2007 02:30 PM before Judge William G. Young. (Smith, Bonnie) (Entered: 08/27/2007) |
| 09/27/2007 | 89 | Supplemental MEMORANDUM in Support by Gregory Wright re 21 MOTION to Suppress *on Remand from Court of Appeals* (Attachments: # 1 Exhibit First Circuit Decision, 5/4/2007# 2 Exhibit Judge Young's Decision, 7/29/2005# 3 Exhibit Affidavit of Charles W. Rankin, 7/18/2005, part 1# 4 Exhibit Affidavit of Charles W. Rankin, 7/18/2005, part 2# 5 Exhibit Affidavit of Charles W. Rankin, 7/18/2005, part 3# 6 Exhibit Affidavit of Charles W. Rankin, 7/18/2005, part 4# 7 Exhibit Supplemental Affidavit of Charles W. Rankin, 7/27/2005, part 1# 8 Exhibit Supplemental Affidavit of Charles W. Rankin, 7/27/05, part 2# 9 Exhibit Supplemental Affidavit of Charles W. Rankin, 7/27/2005, part 3) (Rankin, Charles) (Entered: 09/27/2007) |
| 09/28/2007 | ❏ | Electronic Clerk Notes for proceedings held before Judge William G. Young : AUSA Pellegrini, Defense counsel Rankin and defendant are present.Hearing re re: Remand as to Gregory Wright held on 9/28/2007. Hearing continued to 10/19/2007 09:30 AM in Courtroom 18 before Judge William G. Young. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 10/01/2007) |

| 10/01/2007 | ●90 | NOTICE OF ATTORNEY APPEARANCE Nadine Pellegrini appearing for USA. (Pellegrini, Nadine) (Entered: 10/01/2007) |
| 10/02/2007 | ●91 | MOTION to Withdraw as Attorney by S. Waqar Hasib. as to Gregory Wrightby USA. (Hasib, S.) (Entered: 10/02/2007) |
| 10/04/2007 | ● | Judge William G. Young : Electronic ORDER entered granting 91 Motion to Withdraw as Attorney. (Paine, Matthew) (Entered: 10/04/2007) |
| 10/04/2007 | ● | Attorney update in case as to Gregory Wright. Attorney S. Waqar Hasib terminated. (Paine, Matthew) (Entered: 10/04/2007) |
| 10/11/2007 | ●92 | Supplemental MEMORANDUM in Opposition by USA as to Gregory Wright re 21 MOTION to Suppress (Pellegrini, Nadine) (Entered: 10/11/2007) |
| 10/18/2007 | ●93 | REPLY TO RESPONSE to Motion by Gregory Wright re 21 MOTION to Suppress -- *Defendant's Post-Remand Memorandum of Law in Response to Government's Opposition* (Rankin, Charles) (Entered: 10/18/2007) |
| 10/19/2007 | ●94 | Supplemental MEMORANDUM in Support by Gregory Wright re 21 MOTION to Suppress (Rankin, Charles) (Entered: 10/19/2007) |
| 10/19/2007 | ● | Electronic Clerk Notes for proceedings held before Judge William G. Young : AUSA Pellegrini, Defense counsel Rankin and the defendant are present.Hearing re Hearing On Remand as to Gregory Wright held on 10/19/2007. The Court hears argument from the defendant and the government. After hearing the Court makes Findings of Fact and conclusions of law. The Motion to Supress is Deneid. The Defendant is to be resentenced. RESentencing set for 12/6/2007 02:00 PM in Courtroom 18 before Judge William G. Young. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 10/19/2007) |
| 10/19/2007 | ●95 | MOTION for transcripts at government expense as to Gregory Wright. (Rankin, Charles) (Entered: 10/19/2007) |
| 10/25/2007 | ● | Judge William G. Young : Electronic ORDER entered granting 95 Motion for Transcript at Government Expense as to Gregory Wright (1). (Paine, Matthew) (Entered: 10/25/2007) |
| 11/19/2007 | ●96 | Response as to Gregory Wright: (Pellegrini, Nadine) (Entered: 11/19/2007) |
| 11/20/2007 | ●97 | TRANSCRIPT of Hearing as to Gregory Wright held on October 19, 2007 before Judge Young. Court Reporter: Donald E. Womack. The original transcripts are maintained by the Clerk's Office. Copies may be obtained by contacting the court reporter at womack@megatran.com or the Clerk's Office. (Scalfani, Deborah) (Entered: 11/28/2007) |
| 12/06/2007 | ●98 | SENTENCING MEMORANDUM by Gregory Wright (Rankin, Charles) (Entered: 12/06/2007) |

| 12/06/2007 | 99 | MOTION for transcripts at government expense as to Gregory Wright. (Rankin, Charles) (Entered: 12/06/2007) |
|---|---|---|
| 12/06/2007 | ❏ | Electronic Clerk Notes for proceedings held before Judge William G. Young : Hearing re Remand as to Gregory Wright held on 12/6/2007. After hearing, the Court revisits the issue of whether the Court may resentence the defendant. The Court hears from the Govt., defense counsel and the defendant. The Court reconsiders the previous sentence and VACATES the sentence and imposes the following sentence: 60 Months in the custody of the BOP with credit for time served. All other previous terms abide. The parties are notified of the right to appeal. Should an appeal be contemplated, the Court ORDERS the parties to move for the production of the necessary transcript, PRIOR to the filing of the notice of appeal. The defendant is remanded to custody. (Court Reporter wOMACK.)(Attorneys present: AUSA Pellegrini, Defense Counsel Rankin) (Smith, Bonnie) (Entered: 12/07/2007) |
| 12/11/2007 | 100 | Judge William G. Young : ORDER entered. JUDGMENT as to Gregory Wright (1), Count(s) 1, The defendant is committed to the custody of the BOP for 60 months with a recommendation that the last 6 months be served in a halfway house. Following his release the defendant is to serve 3 years of supervised release with special conditions. No fine. Special Assessment of $100. (Smith, Bonnie) Additional attachment(s) added on 12/11/2007 (Paine, Matthew). (Entered: 12/11/2007) |
| 12/12/2007 | ❏ | Judge William G. Young : ElectronicORDER entered. granting re 99 MOTION for transcripts at government expense filed by Gregory Wright. (Paine, Matthew) (Entered: 12/12/2007) |
| 12/13/2007 | 101 | MOTION for Leave to Proceed In Forma Pauperis as to Gregory Wright. (Rankin, Charles) (Entered: 12/13/2007) |
| 12/13/2007 | 102 | NOTICE OF APPEAL by Gregory Wright re 100 Judgment,. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 1/2/2008. (Rankin, Charles) (Entered: 12/13/2007) |
| 12/14/2007 | ❏ | Judge William G. Young : Electronic ORDER entered granting 101 Motion to Proceed In Forma Pauperis as to Gregory Wright (1). (Paine, Matthew) (Entered: 12/14/2007) |