UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cr-10001

United States of America

v.

Gregory R. Wright

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-3, 5-17, 19-28, 31-38, 40-44, 46-59, 62-65, 67-71, 73-96, 98-102 SEALED DOCUMENT Statement of Reasons

and contained in I-III Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on   12/13/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on January 8, 2008.

Sarah A Thornton, Clerk of Court

By _____
Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: __1/10/8__.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: __08-1063__

- 3/06